Numéro de procédure: SV.09.0135-FAL

étant précisé qu'il a pu être établi que Ondine DE ROTHSCHILD n'est pas l'ayant droit économique des avoirs déposés sur la relation au nom de SINITUS AG auprès du CREDIT AGRICOLE (SUISSE) SA, à Zurich, et qui font l'objet d'un séquestre **(réf.191)**.

Au total, les actes d'entrave commis par Urs MEISTERHANS (ch. 1 à 89 sauf ch. 15,16, 31, 33, 79 et 81), entre mai 2006 et février 2011, ont porté sur plus de USD 97'531'576, EUR 53'483'829, CHF 14'096'008, AUD 10'000'000 et GBP 3'247'338. L'ensemble de ces actes sont constitutifs d'actes d'entrave au sens de l'art. 305bis ch. 1 CP.

### 1.2.2 Par omission

En sus de la commission des actes de blanchiment d'argent décrits ci-dessus (ch. 1 à 89), Urs MEISTERHANS est accusé d'avoir commis, en sa qualité d'intermédiaire financier, de membre du conseil d'administration et d'associé, au sein de SINITUS AG, en agissant en particulier depuis le siège de cette société, des actes de blanchiment d'argent par omission au sens de l'art. 11 CP,

par le fait de ne pas avoir clarifié, conformément à l'art. 6 LBA, l'arrière-plan économique et le but des transactions susmentionnées malgré leur caractère inhabituel et l'existence d'indices de blanchiment d'argent,

par le fait de ne pas avoir informé, conformément à l'art. 9 al. 1 let. a LBA, le Bureau de communication en matière de blanchiment d'argent (MROS) de l'existence des avoirs de Florian HOMM, dont il avait la gestion et dont il savait ou devait, à tout le moins présumer, leur origine criminelle sur la base des soupçons fondés qui seront exposés ci-après au point 1.3,

par le fait de ne pas avoir bloqué ces valeurs patrimoniales conformément à l'art. 10 LBA,

et avoir ainsi empêché la confiscation par les autorités pénales de ces avoirs d'origine criminelle, à hauteur de USD 54'805'840 au moins, déposés sur des comptes dont il avait le contrôle.

### 1.3 Connaissance de l'origine criminelle des avoirs blanchis et intention d'entraver la découverte de ces avoirs

Urs MEISTERHANS savait ou devait à tout le moins présumer que les valeurs patrimoniales appartenant à Florian HOMM sous sa gestion provenaient d'activités criminelles et que ses actes étaient propres à en entraver l'identification de l'origine, la découverte et la confiscation, cela sur la base des circonstances dont il avait connaissance au moment des faits litigieux, à savoir :

Numéro de procédure: SV.09.0135-FAL

### 1.3.1 Connaissance de Florian HOMM

Urs MEISTERHANS a fait la connaissance de Florian HOMM dans le courant de l'année 2000, a commencé à entretenir une relation d'affaires avec lui à partir de janvier 2006 au plus tard **(réf.192)** et est devenu son gestionnaire de fortune à partir de mai 2006 **(réf.193)**.

Urs MEISTERHANS savait que Florian HOMM était ressortissant allemand, mariée à Susan DEVINE HOMM, père de deux enfants, *hedge fund manager*, CIO de ACMH et que sa fortune était composée des actions ACMH détenues au travers de CSI ASSET MANAGEMENT ESTABLISHEMENT, au Liechtenstein **(réf.194)**.

Urs MEISTERHANS savait que la société ACMH avait acheté des parts de la société allemande SPUETZ AG (devenue MISTRAL MEDIA AG en octobre 2006), dont il était l'un des directeurs **(réf.195)**, étant rappelé que, selon l'alerte de Darius PARSI survenue en avril 2006, les actions de cette société avaient fait l'objet de manipulations par Florian HOMM au sein d'ACMH **(réf.196)**.

Urs MEISTERHANS savait que Florian HOMM était au bénéfice d'un titre de séjour spécial «Attaché culturel à la Délégation permanente de la République du Libéria auprès de l'organisation des Nations Unies pour l'Education, la Science et la Culture (U.N.E.S.C.O.) » délivré par le Ministère des affaires étrangères de la République française ainsi que d'un passeport diplomatique émis par la République du Libéria. Une copie de ce document a été retrouvée dans le bureau de Urs MEISTERHANS auprès de SINITUS AG ainsi qu'une copie du passeport allemand de Florian HOMM et du passeport brésilien de Susan DEVINE, envoyées par télécopie par Florian HOMM le 24 mai 2006 **(réf.197)**.

Urs MEISTERHANS devait savoir, en remplissant ses devoirs de vérification en tant qu'intermédiaire financier auprès de SINITUS AG, que Florian HOMM avait fait l'objet en 2004 et 2005 de procédures ouvertes par les autorités allemandes en lien avec des manipulations de cours d'actions, qui concernaient la société SIXT AG ainsi que la société WCM BETEILIGUNGS-UND GRUNDBESITZ AG **(réf.198 )**, lesquelles ont abouti à des condamnations de Florian HOMM en août 2004 et décembre 2005 **(réf.199)**.

Urs MEISTERHANS savait que Florian HOMM avait démissionné de ACMH le 18 septembre 2007 et que, depuis cette date, il vivait clandestinement notamment au Panama et au Costa Rica, étant précisé que Urs MEISTERHANS était toujours en contact avec Florian HOMM tant par téléphone que par courriel **(réf.200)**

Urs MEISTERHANS savait, le lendemain de cette démission déjà, que les fonds Absolute, dont Florian HOMM avait la gestion au sein de ACMH, avaient investi dans des placements illiquides allant jusqu'à USD 500 millions, que le cours de l'action ACMH avait perdu plus de 73 % de sa valeur et que les compétences de Florian HOMM, en tant que *hedge fund manager*, étaient fortement remises en question **(réf.201)**.

Urs MEISTERHANS savait, à partir de février 2008 au plus tard, que Florian HOMM faisait l'objet de plaintes de la part d'investisseurs des fonds de placement gérés par ACMH pour des soupçons d'escroquerie **(réf.202)**.

Numéro de procédure: SV.09.0135-FAL

### 1.3.2 Fausses identités de Florian HOMM

Urs MEISTERHANS savait que Florian HOMM était au bénéfice d'une fausse identité irlandaise du nom de Colin TRAINOR, puisqu'il était le responsable, depuis le 11 mai 2006, auprès de SINITUS AG du mandat ▮▮▮▮▮▮5-GES relatif au client ENERGY EIAC CAPITAL LTD (**réf.203**), dont Colin TRAINOR était l'ayant droit économique, et puisqu'il gérait, sous cette fausse identité, les avoirs confiés par Florian HOMM à partir du 26 mai 2006 (**réf.204**).

Urs MEISTERHANS n'a pas fait figurer Florian HOMM dans la liste des clients de SINITUS AG, celui-ci apparaissant uniquement sous sa fausse identité de Colin TRAINOR (**réf.205**).

Urs MEISTERHANS savait que l'identité irlandaise de Florian HOMM, établie au nom de Colin TRAINOR, était une fausse identité, comme cela ressort notamment d'un agenda retrouvé dans son bureau auprès de SINITUS AG lors de la perquisition des 25 et 26 avril 2014, agenda où figurent sur les pages concernant la période allant du 14 janvier au 20 janvier 2008 les annotations manuscrites suivantes : « *Sammy Kapleta/Panama false identities in Ireland for diverse clients in need John Collin 2 russians*» et « *Homm/DE Collin Trainor (Irish) a boat/ship travel all the time John Holmes hush mail Energy EIAC (credit card & phone bills & no) pmt for boat & fuel & diverse charges for navigation (South America - Venezuela)* » (**réf.206**).

Urs MEISTERHANS a lui-même participé, en collaboration avec Sammy KAPLETA, à l'obtention d'autres faux passeports irlandais pour deux autres de ses clients de nationalité russe, à savoir Nikolay CHERNISHEV et Artem KHACHIKYAN, lesquels ont été condamnés avec Sammy KAPLETA, par ordonnances pénales du 31 janvier 2012 et du 17 avril 2012, entrées en force (**réf.207**). Pour ces faits, Urs MEISTERHANS est mis en accusation dans le cadre de la procédure SV.12.0743-FAL.

Urs MEISTERHANS a par ailleurs lui-même fait constituer, le 11 mai 2006, la société ENERGY EIAC CAPITAL LTD, à St. Vincent & les Grenadines, dont il était administrateur via la société offshore GOLD-COAST DIRECTORS LTD en vertu du « MANDATE AGREEMENT » du 11 mai 2006 (**réf.208**).

Il a en outre utilisé le faux passeport irlandais de Florian HOMM pour faire ouvrir, le 22 décembre 2006, le 8 janvier 2007 et le 3 septembre 2007, des relations bancaires au nom de ENERGY EIAC CAPITAL LTD (dont Colin TRAINOR est le bénéficiaire économique) ou Colin TRAINOR auprès de UBS AG, à Zoug, CREDIT SUISSE AG, à Zurich, et auprès de REICHMUTH & CO, à Lucerne. Il a également entrepris les démarches, le 6 août 2007, pour l'obtention d'une carte de crédit AMERICAN EXPRESS CORPORATE CARD au nom de Colin TRAINOR (**réf.209**).

Dans ce contexte, il a fourni aux banques concernées de fausses informations sur les données personnelles et professionnelles ainsi que sur l'origine de la fortune de Colin TRAINOR, soit qu'il était célibataire, sans enfant, sans activité lucrative, avait été entrepreneur dans l'immobilier, principalement en Irlande, et que sa fortune provenait du boom immobilier en Irlande (**réf.210**).

Urs MEISTERHANS devait savoir que Florian HOMM était au bénéfice d'une autre fausse identité du nom de Martin Joseph MCDONALD que celui-ci avait utilisée dans le cadre de la transaction liée au transfert de USD 1'381'000 effectué le 20 février 2008 en faveur de Philip HALL depuis la relation au nom de ADMEREX LTD auprès de la BANQUE PASCHE SA, à Zurich (cf. transfert susmentionné n°75, **réf.211**).

### 1.3.3 Dissimulation des avoirs de Florian HOMM supérieurs à USD 50 millions

Urs MEISTERHANS savait, respectivement devait savoir, dès la constitution de la société ENERGY EIAC CAPITAL LTD le 11 mai 2006, que les comptes des sociétés offshore qu'il contrôlait à Singapour, en Australie et en Norvège, étaient destinés notamment à dissimuler des avoirs de Florian HOMM supérieurs à USD 50'000'000 et que ces avoirs allaient être transférés en Suisse et à l'étranger, d'une part, sur des comptes ouverts sous la fausse identité de Florian HOMM, soit Colin TRAINOR, et, d'autre part, sur des comptes de tiers pour le compte de Florian HOMM.

Dans ce but, Urs MEISTERHANS n'a pas fait figurer Florian HOMM dans la liste des clients de SINITUS AG et a géré les avoirs de ce dernier, au sein de SINITUS AG, sous sa fausse identité de Colin TRAINOR (**réf.212**).

Dans ce but, Urs MEISTERHANS a établi des contrats fictifs et a fourni des informations fallacieuses aux banques concernées pour justifier l'arrière-plan économique des transferts susmentionnés (**réf.213**).

Dans ce but, Urs MEISTERHANS a notamment utilisé des comptes bancaires en désignant de faux bénéficiaires économiques, des comptes de tiers, des comptes de passage et a effectué des opérations en or et en espèces, des opérations de compensation, des opérations de change, des transferts sur des comptes de sociétés de domicile auprès de juridictions à risque, et cela sans respecter les devoirs de vérification lui incombant en tant qu'intermédiaire financier. Cela ressort d'ailleurs de notes manuscrites qu'il a lui-même établies et qui ont été retrouvées dans son bureau lors de la perquisition des locaux de SINITUS AG les 25 et 26 avril 2013 (**réf.214**).

Il ressort par ailleurs des déclarations de Andreas SCHAER du 14 avril 2014 que Urs MEISTERHANS était le gestionnaire de fortune des avoirs de Florian HOMM et que cette fortune avait été réorganisée dans le but de faire disparaître ses fonds (**réf.215**).

Urs MEISTERHANS a lui-même déclaré, lors de son audition du 30 janvier 2015, que la raison de cette « *restructuration* » était « *de prévenir de potentiels scénarios imprévus, notamment dans le cadre du divorce* » (**réf.216**).

Urs MEISTERHANS savait toutefois ou devait à tout le moins présumer que cette « *restructuration* » n'était pas due au divorce des époux HOMM, puisqu'une grande partie des transferts a été effectuée avant le prononcé du divorce le 21 mai 2007, puisque Susan DEVINE HOMM avait elle-même connaissance des véhicules financiers mis à disposition de Florian HOMM par Urs MEISTERHANS, celui-ci l'ayant directement informée par courrier du 7 août 2006 (**réf.217**), et puisque certains de ces véhicules (SINITUS LTD et OCEAN OFFSHORE BANK SA) ont également été utilisés par Susan DEVINE HOMM. Celle-ci a par ailleurs fait appel, avant et après le divorce prononcé le 21 mai 2007, aux services de Urs

MEISTERHANS en lien avec des œuvres d'art et du mobilier qui ont été cachés en Suisse (**réf.218**). Urs MEISTERHANS était par ailleurs en possession des testaments respectifs de Florian HOMM et de Susan DEVINE, datés du 12 juillet 2007 et portant leur signature, lesquels ont été retrouvés dans son bureau chez SINITUS AG lors de la perquisition des 25 et 26 avril 2013 (**réf.219**).

Par ailleurs, selon les documents reçus des autorités du Liechtenstein, en particulier un avis de droit, du 21 juillet 2007, de la société WALCH & SCHURTI mandatée par Beat KRANZ, l'administrateur de CSI ASSET MANAGEMENT ESTABLISHEMENT, le divorce des époux HOMM serait un divorce simulé (« *Scheinscheidung* ») (**réf.220**). A noter que peu de temps après cet avis de droit, Beat KRANZ a été remplacé par Silvio VOGT, lequel a été conseillé à Florian HOMM par Urs MEISTERHANS.

Il ressort en outre d'un courriel de Florian HOMM à Urs MEISTERHANS du 4 mars 2009 et d'un accord intitulé "SETTLEMENT AGREEMENT" du 9 avril 2009 entre Florian HOMM et Urs MEISTERHANS que Florian HOMM avait confié, début 2006, un mandat fiduciaire à Urs MEISTERHANS portant sur CHF 50'000'000 environ, qu'il était un client de SINITUS AG, qu'il y avait seulement des accords oraux en raison des plaintes existantes et potentielles dont faisait l'objet Florian HOMM, que le mandat consistait à protéger ses avoirs contre des prédateurs et de les garder en des devises stables, et que des transferts importants de fonds avaient été effectués via l'Australie et la Norvège (**réf.221**).

Dans son livre « KOPF GELD JAGD », Florian HOMM révèle qu'il a caché son argent sur des comptes ouverts sous un faux nom pour protéger sa fortune non seulement contre la mainmise de son épouse mais également contre la mainmise de l'appareil étatique (**réf.222**).

### 1.3.4   Déroulement des événements

Le déroulement des événements démontre clairement que Urs MEISTERHANS avait dû comprendre et accepter que les valeurs patrimoniales de Florian HOMM sous sa gestion étaient d'origine criminelle et que ses actes (décrits ci-dessus au point 1.2) étaient propres à entraver leur confiscation par les autorités pénales, à savoir :

*La mise en place de structures*

- le 12 janvier 2006, la constitution de CORPORATE ADVISORS EUROPE SA par Urs MEISTERHANS, via la société PANAMA CORPORATE SERVICES SA, au Panama, dont les documents originaux de constitution ont été retrouvés dans le bureau de Urs MEISTERHANS lors de la perquisition des locaux de SINITUS AG les 25 et 26 avril 2013, étant précisé que CORPORATE ADVISORS EUROPE SA était titulaire, auprès de BANQUE SCS ALLIANCE SA, à Zurich, d'une relation bancaire no ▇2334 depuis le 20 février 2006, dont l'ayant droit économique était Florian HOMM (**réf.223**). Cette société a été utilisée par Florian HOMM dans le cadre de transactions telle la location d'un appartement,
- le 11 mai 2006, la constitution de la société ENERGY EIAC CAPITAL LTD par Urs MEISTERHANS, via la société ST VINCENT TRUST SERVICE LIMITED, à St. Vincent & les Grenadines (**réf.224**), étant précisé que cette société a été utilisée par Florian HOMM, sous sa fausse identité de Colin TRAINOR, pour faire ouvrir des relations en Suisse et faire transiter ses avoirs d'origine criminelle,

- le 11 mai 2006, la conclusion du « MANDATE AGREEMENT par lequel Florian HOMM, sous sa fausse identité de Colin TRAINOR, mandate Urs MEISTERHANS, agissant en qualité d'administrateur de la société offshore GOLD-COAST DIRECTORS LTD, comme administrateur et directeur de la société ENERGY EIAC CAPITAL LTD (**réf.225**),
- le 20 janvier 2006, l'ouverture du mandat ▬▬▬5-GES auprès de SINITUS AG relatif au client ENERGY EIAC CAPITAL LTD, dont Colin TRAINOR était l'ayant droit économique et dont Urs MEISTERHANS était le responsable (**réf.226**),
- le 15 juin 2006, la commande par Urs MEISTERHANS, via SINITUS AG, d'une carte de crédit au nom de John HOLMES auprès de UBS AG, étant précisé que les données relatives au titulaire de la carte correspondaient au domicile, à la nationalité et à la date de naissance de Florian HOMM (**réf.227**) et que celui-ci détenait un compte auprès de BANQUE SCS ALLIANCE SA, à Zurich, intitulé « Holmes » (**réf.228**),
- le 22 décembre 2006, l'ouverture auprès de l'UBS AG, à Zoug, de la relation bancaire no ▬▬▬2674 au nom de ENERGY EIAC CAPITAL LTD, dont l'ayant droit économique sur le formulaire A daté du 19 décembre 2006 et signé par Urs MEISTERHANS, à Küsnacht, désigne Colin TRAINOR (**réf.229**),
- le 8 janvier 2007, l'ouverture auprès de CREDIT SUISSE AG, à Zurich, de la relation bancaire no ▬▬▬676-1 au nom de Colin TRAINOR, sur demande de Urs MEISTERHANS (**réf.230**) au moyen du faux passeport irlandais de Florian HOMM émis le 9 novembre 2006, dont le formulaire A, daté du 23 décembre 2006 et portant les signatures de Urs MEISTERHANS et Colin TRAINOR, désigne Colin TRAINOR comme ayant droit économique,
- le 6 août 2007, la demande d'obtention par Urs MEISTERHANS d'une carte de crédit AMERICAN EXPRESS CORPORATE CARD pour le compte de Colin TRAINOR (**réf.231**),
- le 3 septembre 2007, l'ouverture auprès de la REICHMUTH & CO, à Lucerne, de la relation bancaire no ▬▬▬1447 au nom de ENERGY EIAC CAPITAL LTD, sur demande de Urs MEISTERHANS, dont le formulaire A daté du 31 août 2007 et signé par Urs MEISTERHANS désigne Colin TRAINOR comme ayant droit économique (**réf.232**),
- le 14 septembre 2007, la résiliation du mandat de CONSISTA TREUUNTERNEHMEN REG relatif à CSI ASSET MANAGEMENT ESTABLISHEMENT et reprise du mandat par la société JURACTA TREUUNTERNEHMEN REG, représentée par Silvio VOGT, dont le *Vertragspartner* pour CSI ASSET MANAGEMENT ESTABLISHEMENT est Urs MEISTERHANS (**réf.233**), lequel a notamment fourni une copie du passeport allemand de Florian HOMM désigné comme bénéficiaire de CSI ASSET MANAGEMENT ESTABLISHEMENT,

étant précisé qu'en parallèle de la mise en place de cette structure, Urs MEISTERHANS a fait transférer, du 26 mai 2006 au 31 octobre 2007, sur les relations de OCEAN OFFSHORE BANK SA, à Singapour, de SINITUS LTD, en Australie, de IBEX ENERGY LTD, en Norvège, et de ALLEN PARTNERS SA, en Suisse, dont il avait le contrôle, une somme supérieure à USD 65'000'000 appartenant à Florian HOMM, dont USD 54'805'840 au moins provenaient des activités criminelles de ce dernier, pour ensuite faire transférer une partie de ces avoirs en Suisse sur des relations dont le bénéficiaire économique était Colin TRAINOR (cf. pts. 1.2.1.2.1 et 1.2.1.3.1) ;

Numéro de procédure: SV.09.0135-FAL

### *Préparatifs en vue de la fuite et la clandestinité de Florian HOMM*

- en mai et juin 2006, démarches entreprises par Urs MEISTERHANS, pour le compte de Florian HOMM, en vue d'obtenir des visas pour Cuba et l'île de Sâo Tomé e Principe **(réf.234)**,
- le 29 mai 2006, conclusion d'un contrat intitulé « SHARE SALE AND TRANSFER AGREEMENT » entre Florian HOMM et JAVELIN AVIATION LTD, représentée par Urs MEISTERHANS en sa qualité de directeur. Ce contrat a été créé par Urs MEISTERHANS pour donner l'apparence que Florian HOMM vendait à JAVELIN AVIATION LTD ses participations à hauteur de 77.15 % dans la société CORPORATE ADVISORS EUROPE ApS qui détenait l'avion PILATUS PC 12, alors qu'en réalité Florian HOMM en était toujours le propriétaire effectif, puisque cet avion a été vendu par Florian HOMM en janvier 2008, soit après sa démission d'ACMH et sa fuite, pour un prix de USD 3'000'000, encaissé sur la relation n° ████6484 de ADMEREX LTD auprès de la BANQUE PASCHE SA, à Zurich **(réf.235)**,
- le 9 novembre 2006, l'émission du faux passeport irlandais de Florian HOMM sous l'identité de Colin TRAINOR,
- de fin juin à début juillet 2007, plusieurs échanges de courriels entre Urs MEISTERHANS, Andreas SCHAER et Beatrice MUELLER de la société MALLORCA RESIDENCE S.L., concernant la location d'une villa par Florian HOMM à Palma de Majorque, dans lesquels il apparaît que Urs MEISTERHANS voulait louer la maison à son nom afin de ne pas faire apparaître le nom de Florian HOMM sur le contrat de location **(réf.236)**,
- le 8 août 2007, un courriel de Urs MEISTERHANS à Carlos LLORENTE en vue d'ouvrir rapidement au Panama et au Nicaragua, sous la fausse identité de Florian HOMM du nom de Colin TRAINOR, des comptes auprès de banques locales « *not co-operative* » **(réf.237)**,

### *Création de contrats simulés pour entraver la découverte des avoirs de Florian HOMM*

- le 23 mai 2006, la transmission par Urs MEISTERHANS à Andreas SCHAER d'un contrat antidaté au 10 mai 2004 intitulé LOAN AGREEMENT entre la société NEW YORK ART TRADING LTD (prêteur) et Susan DEVINE-HOMM portant sur un prêt d'antiquités estimées à environ EUR 2'000'000 **(réf.238)**,
- un contrat intitulé « PURCHASE AGREEMENT », daté du 26 mai 2006, entre OCEAN OFFSHORE BANK S.A. (« The Seller ») et Florian HOMM (« The Purchaser »), portant la signature de Urs MEISTERHANS pour OCEAN OFFSHORE BANK S.A. et celle de Florian HOMM **(réf.239)**. Par ce contrat, Florian HOMM acquiert, au prix de EUR 12'000'000, l'entier du capital de la société SAO TOME INVEST SA, qui détient l'hôtel MIRAMAR à Sao Tomé e Principe. A noter que le prix d'achat et la date du contrat correspondent à la date et à la somme totale transférée depuis les relations sous contrôle de Florian HOMM auprès de BANQUE SCS ALLIANCE SA, à Zurich, sur la relation de OCEAN OFFSHORE BANK SA auprès de COMMERZBANK (SOUTH EAST ASIA) LIMITED (cf. supra transferts n° 1 à 3). Ce contrat a dès lors été établi pour justifier l'arrière-plan économique de ces transferts, sans toutefois correspondre à la réalité.
- un document intitulé « PROMISSORY NOTE », daté du 11 juillet 2006, dans lequel ENERGY CORP promet de rembourser, sur demande de ENERGY EIAC CAPITAL LTD, au bureau européen de cette dernière auprès de SINITUS AG, à Küsnacht, en

Numéro de procédure: SV.09.0135-FAL

Suisse, la somme de USD 18'255'000 avec intérêts, avec échéance au 30 juin 2008, ainsi qu'une attestation sans entête **(réf.240)**, adressée à ENERGY EIAC CAPITAL LTD, portant la signature de George SAGREDOS, qui fait référence à l'accord précité et par laquelle George SAGREDOS confirme avoir reçu, pour ENERGY CORP., en 2006 le montant de USD 18'255'000 de OCEAN OFFSHORE BANK SA via COMMERZBANK (SOUTH EAST ASIA) LIMITED. A noter que George SAGREDOS a contesté, lors de son audition du 27 novembre 2012, le contenu de l'attestation précitée et avoir signé une « PROMISSORY NOTE » pour la somme de USD 18'255'000 **(réf.241)**. A noter également que des feuilles A4 blanches contenant la signature de George SAGREDOS ont été retrouvées dans le bureau de Urs MEISTERHANS, à la suite de l'attestation précitée adressée à ENERGY EIAC CAPITAL LTD et portant la signature de George SAGREDOS, lors de la perquisition des locaux de SINITUS AG des 25 et 26 avril 2013 **(réf.242)**. Par ailleurs, il a pu être établi que ladite attestation adressée à ENERGY EIAC CAPITAL LTD a été créée et modifiée, le 14 janvier 2009, par Urs MEISTERHANS, qui a d'ailleurs effectué la dernière sauvegarde **(réf.243)**. S'agissant de la « PROMISSORY NOTE » datée du 11 juillet 2006, les propriétés informatiques de ce document révèlent que Urs MEISTERHANS a procédé à la dernière modification et sauvegarde du document le 24 décembre 2008 **(cf. réf.243)**. A noter que ces modifications ont été effectuées par Urs MEISTERHANS à la suite du courriel qu'il avait reçu de Florian HOMM le 10 octobre 2008, dans lequel ce dernier se disait choqué de la perquisition des locaux de SINITUS AG (cf. infra : **Litige simulé entre Florian HOMM et Urs MEISTERHANS**). Ces documents ont ainsi été établis pour donner l'apparence que le montant total de EUR 12'000'000 transféré, le 26 mai 2006, depuis des relations en Suisse contrôlées par Florian HOMM sur la relation de OCEAN OFFSHORE BANK SA auprès de la COMMERZBANK (SOUTH EAST ASIA) LIMITED, à Singapour, avait été investi dans ENERGY CORP, alors que le contrat susmentionné du 26 mai 2006 faisait référence à l'achat d'un hôtel à Sao Tomé e Principe pour EUR 12'000'000.-,

- conclusion d'un contrat d'achat de navires, daté du 25 mai 2007, entre CSI ASSET MANAGEMENT ESTABLISHMENT et IBEX ENERGY LTD, représentée par Urs MEISTERHANS en sa qualité d'administrateur, pour donner l'apparence que le montant de EUR 9'500'000, transféré le 31 mai 2007 sur la relation au nom de IBEX ENERGY LTD auprès de DNB NOR BANK ASA en Norvège depuis la relation au nom de CSI ASSET MANAGEMENT ESTABLISHMENT auprès de BANQUE SCS ALLIANCE SA, Zurich, a été investi dans l'acquisition de navires **(réf.244)**, alors que ce montant a été rapatrié en Suisse et déposé sur les comptes ouverts sous la fausse identité de Florian HOMM, soit Colin TRAINOR (cf. pt. 1.2.1.2.1),

- le 27 juin 2007, transmission par Urs MEISTERHANS, via courriel, à Andreas SCHAER d'un contrat intitulé « Option Agreement », daté du 15 juin 2007, entre CSI ASSET MANAGEMENT ESTABLISHMENT et INVESTEC BANK (AUSTRALIA) LTD, portant sur l'achat d'une société russe au prix de EUR 17'500'000, pour justifier de manière fallacieuse le transfert de EUR 4'000'000 effectué le 19 juin 2007 depuis la relation au nom de CSI ASSET MANAGEMENT ESTABLISHMENT auprès de BANQUE SCS ALLIANCE SA, Zurich, sur la relation au nom de SINITUS LTD auprès de INVESTEC BANK (AUSTRALIA) LTD ainsi que les autres transferts des avoirs de Florian HOMM sur cette relation, soit au total EUR 17'500'000 (cf. supra transferts n° 4, 9 à 11) **(réf.245)**,

- un contrat intitulé « Option Agreement », daté du 9 juillet 2007, entre STELLAR ASSET MANAGEMENT LTD, représenté par Urs MEISTERHANS, et CSI ASSET MA-

Numéro de procédure: SV.09.0135-FAL

NAGEMENT ESTABLISHEMENT, par lequel cette entité, dont le bénéficiaire économique est Florian HOMM, a octroyé une option d'achat à STELLAR ASSET MANAGEMENT LTD qui, en vertu de cette option, a obtenu le droit d'acheter 23'394'163 actions ACMH à CSI pour un prix fixé notamment à 10% de la valeur de marché de l'action. Ce contrat avait pour but de permettre à Urs MEISTERHANS de détenir les actions ACMH, au travers de STELLAR ASSET MANAGEMENT LTD, pour le compte de Florian HOMM, et ainsi permettre à ce dernier de ne plus apparaître comme ayant droit desdites actions **(réf.246)**.

### *Démission, fuite de Florian HOMM et événements successifs*

- le 18 septembre 2007, la publication de la lettre de démission de Florian HOMM aux actionnaires et investisseurs de ACMH, retrouvée dans le bureau de Urs MEISTERHANS auprès de SINITUS AG et portant la date d'impression du 18 septembre 2007 **(réf.247)**,
- le 18 septembre 2007, la transmission via courriel par Urs MEISTERHANS à Andreas SCHAER de la lettre de démission de Florian HOMM **(réf.248)**,
- les 18, 19 et 20 septembre 2007, impression d'articles publiés sur le net en lien avec la démission de Florian HOMM de ACMH, retrouvés dans le bureau de Urs MEISTERHANS auprès de SINITUS AG **(réf.249)**,
- le 19 septembre 2007, un courriel de Leon SHUALL à Urs MEISTERHANS duquel il ressort que Florian HOMM n'aurait pas évalué à la valeur du marché des positions importantes investies par les fonds de placement dont il était responsable de la gestion au sein d'ACMH et que ces fonds se trouvaient ainsi avec des positions illiquides estimées entre 440 et 530 millions de USD,
- le 27 octobre 2007, achat du yacht nommé « Reel Extreme » et exécution des formalités liées à cet achat jusqu'en août 2008, notamment une demande aux autorités de Panama pour obtenir une patente de navigation en lien avec ledit bateau **(cf. réf.131 et 132)**,
- entre novembre et décembre 2007, de nombreux contacts téléphoniques entre Urs MEISTERHANS et Florian HOMM (depuis le Panama notamment) **(réf.250)**,
- entre le 15 décembre 2007 et le 10 février 2008, recherches effectuées par Urs MEISTERHANS sur le net en lien avec Florian HOMM, desquelles il ressort que des soupçons d'escroquerie pesaient à l'encontre de Florian HOMM et que des investisseurs avaient déposé des plaintes pour réclamer des dommages-intérêts,
- le 18 décembre 2007, la demande de Florian HOMM, sous couvert de sa fausse identité Colin TRAINOR, à Urs MEISTERHANS, de lui envoyer au Panama par courrier UPS trois lettres de référence bancaire en échange de USD 10'000 **(réf.251)**,
- le 21 décembre 2007, la transmission à Florian HOMM par Urs MEISTERHANS, via UPS, des lettres de référence de CREDIT SUISSE AG, UBS AG, REICHMUTH & CO et OCEAN OFFSHORE BANK SA, ainsi que de deux cartes SIM **(réf.252)**,
- en janvier 2008, vente de l'avion de Florian HOMM pour un prix de USD 3'000'000, encaissé sur la relation n° ▪▪▪▪5484 de ADMEREX LTD auprès de la BANQUE PASCHE SA, à Zurich,
- entre le 6 janvier 2008 et le 31 mai 2008, plusieurs échanges de courriels entre Urs MEISTERHANS et Susan DEVINE au sujet des biens qui sont stockés auprès de la société COSMOTRANS AG à Zurich et le transport de deux peintures de Suisse en Grande-Bretagne **(réf.253)**,

Numéro de procédure: SV.09.0135-FAL

- le 26 mars 2008, échange de courriels entre Urs MEISTERHANS et Andreas SCHAER en lien avec une chambre louée au 47 Park Street Hotels par CORPORATE ADVISORS EUROPE pour le compte de Florian HOMM, dans lequel Andreas SCHAER indique à Urs MEISTERHANS qu'il ne pense pas que Florian HOMM veuille louer une chambre en son nom cette année **(réf.254)**,

étant précisé qu'après la démission et la fuite de Florian HOMM, Urs MEISTERHANS a fait transférer, entre septembre 2007 et août 2010, une somme d'origine criminelle de plus de USD 51.7 millions, EUR 7.9 millions, CHF 14 millions et GBP 3.2 millions, sur des relations en Suisse et à l'étranger, notamment au Panama, et dont le bénéficiaire économique était Colin TRAINOR, soit Florian HOMM, ou des tiers.

### *Litige simulé entre Urs MEISTERHANS et Florian HOMM*

- le 10 octobre 2008, courriel de Florian HOMM à Urs MEISTERHANS dans lequel Florian HOMM se dit choqué de la perquisition dont SINITUS AG avait fait l'objet le jour précédent (étant précisé que cette perquisition avait été effectuée par les autorités zurichoises dans le cadre d'une demande d'entraide de l'Australie liée à l'affaire MILNE) et il lui recommande vivement de changer de téléphone et de numéro, de vérifier dans son bureau et son domicile si des appareils d'écoute ont été placés et d'être ultra prudent avec toute la documentation, en particulier avec les courriels relatifs à ses clients. Florian HOMM demande également à Urs MEISTERHANS de procéder à des retraits en espèces depuis ses comptes, à hauteur de EUR 300'000, USD 50'000 et CHF 100'000, et de déposer cet argent dans une boîte fermée dans le coffre de Urs MEISTERHANS **(réf.255)**,
- le 24 décembre 2008, dernière modification et sauvegarde du document « PROMISSORY NOTE », datée du 11 juillet 2006, par Urs MEISTERHANS, dans le but de donner l'apparence que ENERGY EIAC CAPITAL LTD a investi la somme de USD 18'255'000 dans ENERGY CORP **(cf. réf.243)**,
- le 10 janvier 2009, courriel de Florian HOMM à Urs MEISTERHANS, par lequel le premier accuse Urs MEISTERHANS de lui avoir menti et de l'avoir escroqué en faisant des investissements risqués non autorisés, en particulier dans un SPAC à hauteur de USD 18.25 millions et dans deux hedge funds à hauteur de 3 millions. Il lui reproche également d'avoir fait transiter ses avoirs sur des comptes qui n'ont pas de liens avec lui (« *unrelated to me* ») et d'avoir failli à protéger correctement ses avoirs contre des prédateurs. Malgré ces reproches, Florian HOMM est prêt à donner à Urs MEISTERHANS une seconde chance et à trouver une solution amicale si celui-ci fait une confession manuscrite signée par un témoin. Dans ce même courriel, Florian HOMM explique par ailleurs qu'il fait l'objet de nombreuses plaintes collectives et d'une enquête pénale en Suisse **(réf.256)**,
- le 13 janvier 2009, courriel de Urs MEISTERHANS à Gitte ZEIDLER de la COMMERZBANK (SOUTH EAST ASIA) LTD ayant comme objet « *Ocean Offshore Bank account* », par lequel il lui demande de lui confirmer, par courriel, qu'en juillet 2006 un montant de USD 8'255'000 a été transféré en faveur de ENERGY CORP comme financement pour ENERGY INFRASTRUCTURE ACQUISITION CORP IPO auprès de la BANK OF NEW YORK **(réf.257)**,
- le 14 janvier 2009, courriel de Gitte ZEIDLER à Urs MEISTERHANS, par lequel elle confirme qu'un montant de EUR 6'477'577.82 avait bien été transféré, en date valeur du 12 juillet 2006, audit destinataire **(réf.258)**,

Numéro de procédure: SV.09.0135-FAL

- le 14 janvier 2009, modification du courriel de Gitte ZEIDLER par Urs MEISTER-HANS qui supprime notamment le montant indiqué par Gitte ZEIDLER et ajoute dans le texte de l'objet les indications suivantes « *transfer of USD 18.255 million – SPAC EIAC* » **(réf.259)**,
- le 14 janvier 2009, création par Urs MEISTERHANS de l'attestation sans entête adressée à ENERGY EIAC CAPITAL LTD, portant la signature de George SAGREDOS et indiquant que ENERGY CORP a reçu en 2006 la somme de USD 18'255'000 de OCEAN OFFSHORE BANK SA via COMMERZBANK (SOUTH EAST ASIA) LIMITED, pour donner l'apparence que le montant total de EUR 12'000'000 transféré, le 26 mai 2006, depuis des relations en Suisse contrôlées par Florian HOMM sur la relation de OCEAN OFFSHORE BANK SA auprès de la COMMERZBANK (SOUTH EAST ASIA) LIMITED, à Singapour, avait été investi dans ENERGY CORP. **(cf. réf. 243 et 259)**,
- le 4 mars 2009, un courriel de Florian HOMM à Urs MEISTERHANS dans lequel le premier se plaint qu'il n'a toujours pas obtenu une reconnaissance de culpabilité de Urs MEISTERHANS et lui propose un texte pour sa reconnaissance de culpabilité, duquel il ressort notamment que Florian HOMM avait confié, début 2006, un mandat fiduciaire à Urs MEISTERHANS, qu'il était un client de SINITUS AG, qu'il y avait seulement des accords oraux en raison des plaintes existantes et potentielles dont faisait l'objet Florian HOMM, que le mandat consistait à protéger ses avoirs de prédateurs et de les garder en des devises stables, que des transferts importants de fonds avaient été effectués via l'Australie et la Norvège, et que Urs MEISTERHANS n'aurait pas respecté ces accords en investissant notamment USD 18 millions dans un SPAC et 3 millions dans un hedge fund et en mélangeant les fonds de Florian HOMM avec ceux d'autres clients **(réf.260)**,
- le même jour, suite à la réception du courriel précité, Urs MEISTERHANS a renvoyé ledit courriel sur son adresse email auprès de SINITUS AG (urs.meisterhans@sinitus.com), en y apportant quelques modifications, soit la suppression du paragraphe où il était dit que Florian HOMM était un client de SINITUS AG et en reprenant tout le reste du texte proposé par ce dernier **(cf.réf.260)**,
- le 9 avril 2009, accord intitulé « SETTLEMENT AGREEMENT » entre Florian HOMM et Urs MEISTERHANS **(réf.261)**, dans lequel il est stipulé, sous point (A), que la date du début de la relation d'affaires entre Florian HOMM et Urs MEISTERHANS était le 31 janvier 2006 et que Florian HOMM lui avait confié la gestion d'une partie de ses valeurs équivalant à environ CHF 50'000'000, sous point (B) que durant le temps de l'investissement susmentionné et jusqu'à mars 2008, Urs MEISTERHANS était un associé et administrateur de SINITUS AG, personnellement en charge de la gestion des biens confiés, sous point (C) qu'une dispute était née entre Florian HOMM et Urs MEISTERHANS d'une part et la société SINITUS AG d'autre part en raison d'une importante perte des avoirs confiés. Cet accord prévoyait en outre le dédommagement dû par Urs MEISTERHANS à Florian HOMM, soit le transfert de 15% de la totalité de la participation de Urs MEISTERHANS dans SINITUS AG et le paiement de la somme totale de CHF 3'500'000 dont CHF 500'000.- payable au 30 mai 2009 et le solde payable en 30 tranches annuelles de CHF 100'000, de 2010 à 2039,
- le 13 décembre 2010, une lettre signée par Florian HOMM est transmise à Urs MEISTERHANS par Adam KRAVITZ, via « EXPRESS MAIL » de UNITED STATES POSTAL SERVICE, dans laquelle il était indiqué que Urs MEISTERHANS avait rempli toutes ses obligations découlant du « SETTLEMENT AGREEMENT » du 9 avril

    2009, alors que lors de son audition du 9 février 2010, Florian HOMM avait déclaré que Urs MEISTERHANS n'avait pas rempli ses obligations **(réf.262)**,

- un document daté du 1er août 2011 intitulé « *L'affaire Florian Homm du point de vue de la fiduciaire Sinitus AG* », a été retrouvé lors de la perquisition des 25 et 26 avril 2014 dans les locaux de SINITUS AG, qui justifie les raisons pour lesquelles Florian HOMM a confié à Urs MEISTERHANS la gestion de sa fortune et les pertes subies par Florian HOMM dans le cadre de cette gestion **(réf.263)**. A noter que, contrairement à la «PROMISSORY NOTE », datée du 11 juillet 2006, et du courriel de Florian HOMM du 10 janvier 2009, il est indiqué dans ce document qu'un montant de USD 10'000'000 environ a été investi dans le SPAC et qu'un autre montant de la même valeur a été investi dans STELLAR US ABSOLUTE RETURN FUND, lesquels auraient été perdus. Par ailleurs, il est précisé que Florian HOMM n'était pas un client de SINITUS AG. Les propriétés informatiques dudit document, daté du 1er août 2011, révèlent que c'est Urs MEISTERHANS lui-même qui l'a créé et modifié le **13 août 2011**. Ce document a dès lors été créé par Urs MEISTERHANS dans le seul but de donner sa version des faits qui change au fur et à mesure de la création de faux documents et qui ne correspond, de toute évidence, pas à la réalité.

Etant précisé que l'instruction a permis d'établir que les reproches formulés par Florian HOMM à l'encontre de Urs MEISTERHANS ne correspondent pas à la réalité, puisque ENERGY EIAC CAPITAL LTD n'a pas investi USD 18'255'0000 dans ENERGY CORP, puisque c'est Florian HOMM lui-même qui a demandé à Urs MEISTERHANS d'utiliser, pour certains transferts, des « *unconnected and unrelated and safe account* » **(réf.264)**, puisque Florian HOMM, respectivement Susan DEVINE HOMM, ont récupéré la quasi-totalité de leurs avoirs confiés à Urs MEISTERHANS, et puisque Urs MEISTERHANS n'a jamais octroyé les 15% de sa participation dans SINITUS AG et n'a payé aucune des tranches annuelles de CHF 100'000 **(réf.265)**,

ainsi, par cet accord, Urs MEISTERHANS et Florian HOMM, lequel était inquiété par la perquisition des locaux de SINITUS AG **(réf.266)**, ont voulu faire croire qu'une grande partie de la fortune de ce dernier avait été perdue dans des placements risqués et cela dans le but de la protéger contre les prétentions des lésés des actes criminels commis par Florian HOMM, dont certains avaient entrepris, en 2008 déjà, des démarches judiciaires contre Florian HOMM **(réf.267)**.


L'ensemble de ces faits étaient connus de Urs MEISTERHANS au moment de leur survenance et devaient le conduire à présumer que les valeurs patrimoniales de Florian HOMM sous sa gestion étaient d'origine criminelle, ce qu'il aurait pu constater, en raison de ces 30 ans d'expérience en tant qu'intermédiaire financier **(réf.268)** et s'il avait procédé, conformément à l'art. 6 LBA, aux vérifications requises, à réception des USD 65'000'000 environ sur les structures qu'il a mises en place en Australie, en Norvège et à Singapour, ou à tout le moins dans la deuxième phase, lorsqu'il a fait virer ces avoirs, en Suisse et à l'étranger, sur des relations dont le bénéficiaire économique était Colin TRAINOR, la fausse identité de Florian HOMM, ou dont les titulaires étaient des tiers.

Numéro de procédure: SV.09.0135-FAL

### 1.4 Circonstances aggravantes

Urs MEISTERHANS est soupçonné d'avoir blanchi un montant de USD 54'805'840 à tout le moins, ce qui doit être retenu comme le chiffre d'affaires visé par l'art. 305bis ch. 2 let. c CP.

Les activités déployées par Urs MEISTERHANS pour blanchir ces avoirs se sont déroulées de mai 2006 à février 2011 au moins et ont été nombreuses, soit :
- la participation active aux mesures organisationnelles prises dans le but de préparer la fuite et la « disparition » de Florian HOMM,
- des contacts fréquents avec Florian HOMM, directement ou par l'intermédiaire de Andreas SCHAER.
- la création de structures offshore par le biais de sociétés tierces,
- l'ouverture de plusieurs relations bancaires, via des banques en Suisse et à l'étranger, au moyen de faux formulaires A et de fausses informations sur l'identité de l'ayant droit économique,
- l'établissement de plusieurs faux documents pour justifier des transferts substantiels d'avoirs et la soi-disant perte des avoirs subie par Florian HOMM,
- des actes d'entrave sur des sommes totalisant plus de USD 97'531'575, EUR 53'483'829, CHF 14'096'008, AUD 10'000'000 et GBP 3'247'338,

Ces activités ont permis à Urs MEISTERHANS de réaliser un gain important qui se monte à plus de USD 1'317'200 (soit 2% de USD 65'860'000 qui correspondent aux 50 % des intérêts perçus par Florian HOMM sur sa fortune confiée à Urs MEISTERHANS, lesquels s'élevaient à 3,5 % jusqu'à 4 % selon les déclarations de Florian HOMM **(réf.269)**, étant rappelé que pour la seule transmission à Florian HOMM de lettres de références bancaires, en décembre 2007, Urs MEISTERHANS a touché USD 10'000 **(réf.270)**.

Les actes délictueux exercés par Urs MEISTERHANS sont d'autant plus graves que ce dernier a agi en sa qualité d'intermédiaire financier assujetti à la loi sur le blanchiment d'argent (LBA) et ainsi dans l'exercice d'une profession auquel les pouvoirs publics l'ont autorisé.

Ainsi, au vu du temps et de l'attention donnés aux avoirs de Florian HOMM tant en heure qu'en fréquence, des gains réalisés ainsi que de sa fonction d'intermédiaire financier, Urs MEISTERHANS a exercé son activité coupable en faisant métier de blanchir de l'argent, respectivement d'une telle manière qui constitue un cas grave de blanchiment d'argent au sens de l'art. 305bis ch. 2 CP.

## 2   Faux dans les titres (art. 251 ch. 1 CP) et défaut de vigilance en matière d'opérations financières (art. 305ter CP)

### 2.1   Utilisation du faux passeport de Florian HOMM

Urs MEISTERHANS est accusé d'avoir fait usage, en sa qualité d'intermédiaire financier, de membre du conseil d'administration et d'associé, au sein de SINITUS AG, à Küsnacht, entre décembre 2006 et janvier 2013 au moins, du faux passeport irlandais de Florian HOMM établi au nom de Colin TRAINOR, pour permettre l'ouverture auprès d'établissements bancaires suisses des relations bancaires suivantes :

Numéro de procédure: SV.09.0135-FAL

- relation n° ▮▮▮676-1 ouverte au nom de Colin TRAINOR auprès du CREDIT SUISSE AG, à Zurich, en date du 8 janvier 2007, dont les avoirs ont été séquestrés le 27 août 2009;
- relation n° ▮▮▮2674 ouverte au nom de ENERGY EIAC CAPITAL LTD auprès de l'UBS AG, à Zoug, en date du 22 décembre 2006, dont Colin TRAINOR est indiqué comme ayant droit économique et dont les avoirs ont été séquestrés le 25 août 2009 ;
- relation n° ▮▮▮1446 (devenue n° ▮▮▮1001) ouverte au nom de SINITUS AG auprès de REICHMUTH & CO, à Lucerne, en date du 3 septembre 2007, dont Colin TRAINOR est indiqué comme ayant droit économique et dont les avoirs ont été séquestrés le 10 mars 2011;
- relation n° ▮▮▮1447 ouverte au nom de ENERGY EIAC CAPITAL LTD auprès de REICHMUTH & CO, à Lucerne, en date du 3 septembre 2007, dont Colin TRAINOR était indiqué comme ayant droit économique, clôturée le 30 décembre 2008 ;

et cela dans le dessein de dissimuler la véritable identité de l'ayant droit économique, soit en l'occurrence Florian HOMM, afin de soustraire les avoirs d'origine criminelle de ce dernier à la mainmise de la justice et des lésés et ainsi de tromper les établissements bancaires précités sur la réelle identité du cocontractant et de l'ayant droit économique,

en agissant de la sorte avec conscience et volonté, au vu de son implication dans le déroulement des faits (cf. supra pt. 1.3),

étant précisé que Urs MEISTERHANS a remis aux banques concernées une copie du passeport irlandais du nom de Colin TRAINOR nécessaire à l'ouverture des relations susmentionnées **(réf.271)**, alors qu'il savait que Colin TRAINOR était la fausse identité de Florian HOMM, et a également signé les formulaires A relatifs aux relations susmentionnées.

Ces faits sont qualifiés d'usage de faux dans les titres au sens de l'art. 251 CP.

## 2.2 Faux formulaires A

### 2.2.1 Désignation de Colin TRAINOR comme ayant droit économique

Urs MEISTERHANS est accusé d'avoir, en sa qualité d'intermédiaire financier, de membre du conseil d'administration et d'associé, au sein de SINITUS AG, à Küsnacht, entre décembre 2006 et janvier 2013 au moins, établi les faux formulaires A suivants, en désignant Colin TRAINOR, la fausse identité de Florian HOMM, comme ayant droit économique, et d'en avoir fait usage, dans le cadre de l'ouverture des relations bancaires précitées :

- formulaire A daté du 23 décembre 2006 et portant les signatures de Urs MEISTERHANS et Colin TRAINOR, désignant Colin TRAINOR comme ayant droit économique des avoirs déposés sur la relation n° ▮▮▮676-1 ouverte au nom de Colin TRAINOR auprès du CREDIT SUISSE AG, à Zurich, en date du 8 janvier 2007 **(réf.272)**,

Numéro de procédure: SV.09.0135-FAL

- formulaire A daté du 19 décembre 2006 et signé, à Küsnacht, par Urs MEISTER-HANS, désignant Colin TRAINOR comme ayant droit économique des avoirs déposés sur la relation n° ▓▓▓2674 ouverte au nom de ENERGY EIAC CAPITAL LTD auprès de l'UBS AG, à Zoug, en date du 22 décembre 2006 **(réf.273)**,

- formulaire A daté du 31 août 2007 et signé, à Küsnacht, par Urs MEISTERHANS, désignant Colin TRAINOR comme ayant droit économique des avoirs déposés sur la relation n° ▓▓▓1001 (anciennement ▓▓1446) ouverte au nom de SINITUS AG auprès de REICHMUTH & CO, à Lucerne, en date du 3 septembre 2007 **(réf.274)**,

- formulaire A daté du 31 août 2007 et signé, à Küsnacht, par Urs MEISTERHANS, désignant Colin TRAINOR comme ayant droit économique des avoirs déposés sur la relation n° ▓▓1447 ouverte au nom de ENERGY EIAC CAPITAL LTD auprès de REICHMUTH & CO, à Lucerne, le 3 septembre 2007, et clôturée le 30 décembre 2008 **(réf.275)**,

et cela dans le dessein de dissimuler la véritable identité de l'ayant droit économique, soit en l'occurrence Florian HOMM, afin de soustraire les avoirs d'origine criminelle de ce dernier à la mainmise de la justice et des lésés et ainsi de tromper les établissements bancaires précités sur la réelle identité du cocontractant et de l'ayant droit économique,

ainsi que d'avoir violé, en tant qu'intermédiaire financier, depuis l'ouverture des relations précitées jusqu'à leur clôture, respectivement jusqu'au terme de son activité au sein de SINITUS AG en janvier 2013, son devoir de vigilance en matière d'opérations financières en indiquant volontairement sur les formulaires A susmentionnés un ayant droit économique inexact,

en agissant de la sorte avec conscience et volonté, au vu de son implication dans le déroulement des faits (cf. supra pt. 1.3).

Les faits décrits ci-dessus sont qualifiés de création et d'usage de faux dans les titres au sens de l'art. 251 CP, ainsi que de défaut de vigilance en matière d'opérations financières au sens de l'art. 305ter CP.

### 2.2.2 Désignation de tiers comme ayants droit économiques

Urs MEISTERHANS est accusé d'avoir, en sa qualité d'intermédiaire financier, de membre du conseil d'administration et d'associé, au sein de SINITUS AG, à Küsnacht, entre mai 2003 et janvier 2013 au moins, créé et fait usage, dans le cadre de l'ouverture des relations bancaires mentionnées ci-après, des formulaires A suivants, désignant un tiers comme ayant droit économique en lien avec des transactions effectuées pour le compte de Florian HOMM notamment :

- formulaire A daté du 3 mars 2008 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation n° ▓▓▓.1001 (anciennement ▓▓1679) ouverte le 10 mars 2008 au nom de SINITUS SERVICES LTD auprès de REICHMUTH & CO, à Lucerne, désignant SINITUS AG comme ayant droit économique, alors qu'en réalité

  le véritable ayant droit économique d'une partie des avoirs déposés sur cette relation est Florian HOMM **(réf.276)**,

- deux formulaires A datés des 31 juillet 2003 et 1er février 2005 et signés, à Küsnacht, par Urs MEISTERHANS, établis en lien avec la relation n° ▮0705 au nom de RAMO LTD, ouverte le 27 août 2003 et clôturée le 25 août 2010, auprès de UBS AG, à Zoug, désignant respectivement Annamaria Alexandra STANCIULESCU et Hans Rudolf KUNZ comme ayants droit économiques, alors qu'en réalité le véritable ayant droit économique des avoirs sur cette relation à hauteur de USD 7'223'118, en date du 4 février 2008, était Florian HOMM **(réf.277)**,

- formulaire A daté du 3 septembre 2003 et signé, à Küsnacht, notamment par Urs MEISTERHANS, établi en lien avec la relation n° ▮3367 ouverte le 13 octobre 2003 au nom de RAMO LTD auprès de PICTET & CIE BANQUIERS, à Genève, désignant comme ayant droit économique Annamaria Alexandra STANCIULESCU, sur laquelle a été transféré le solde des avoirs de la relation n° ▮0705 au nom de RAMO LTD auprès de UBS AG suite à sa clôture **(réf.278)**,

- formulaire A daté du 20 février 2009 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation no ▮6.266 au nom de RAMO LTD auprès de ZUERCHER KANTONALBANK, à Zurich, ouverte le 2 mars 2009 et clôturée en octobre 2014, désignant comme ayant droit économique Hans Rudolf KUNZ, alors qu'en réalité le véritable ayant droit économique des avoirs déposés sur cette relation, à hauteur de CHF 2'600'000 en date du 6 mars 2009, était Florian HOMM **(réf.279)**,

- formulaire A daté du 15 juin 2004 et signé notamment par Urs MEISTERHANS, à Küsnacht, établi en lien avec la relation n° ▮2256 au nom de ALLEN PARTNERS SA, ouverte le 31 mai 2000 et clôturée le 19 décembre 2010, auprès de UBS AG, à Zoug, désignant Victoria Lynne BRADBURN comme ayant droit économique, alors qu'en réalité le véritable ayant droit économique des avoirs déposés sur cette relation à hauteur de EUR 8'700'000 au moins, entre le 15 mars 2007 et le 11 octobre 2007, était Florian HOMM **(réf.280)**,

- formulaire A daté du 16 juin 2010 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation bancaire n° ▮7989 au nom de ALLEN PARTNERS SA auprès de IHAG PRIVATBANK à Zurich, ouverte le 18 juin 2010 et clôturée le 27 novembre 2012, désignant Victoria Lynne BRADBURN comme ayant droit économique alors qu'en réalité le véritable ayant droit économique était Florian HOMM **(réf.281)**,

- formulaire A daté du 2 mars 2009 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation bancaire n° ▮6312 au nom de SINITUS NOMINEES LTD auprès de UBS AG, à Zoug, ouverte le 14 mars 2002 et clôturée le 31 décembre 2014, désignant Victoria BRADBURN comme ayant droit économique **(réf.282)**,

- formulaire A daté du 24 novembre 2008 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation n° ▮2061 au nom de PLANTATION FOUNDATION ouverte le 28 novembre 2008 et clôturée le 11 août 2010, auprès de REICHMUTH & CO, à Lucerne, désignant Rosendo FERNANDEZ ZAMBRANO