Numéro de procédure: SV.09.0135-FAL

comme ayant droit économique, alors qu'en réalité le véritable ayant droit économique des avoirs déposés sur cette relation à hauteur de USD 2'793'986 au moins, entre le 30 décembre 2008 et le 4 août 2010, était Florian HOMM **(réf.283)**,

- formulaire A daté du 4 juillet 2003 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation n° ▮▮▮▮9036 ouverte le 4 juillet 2003 au nom de GLOBAL TRADE GROUP LTD auprès de UBS AG, à Zoug, désignant George SAGREDOS comme ayant droit économique, alors qu'en réalité les véritables ayants droit économiques des avoirs sur cette relation à hauteur de EUR 1'000'000 et USD 280'000 au moins, le 6 mars 2007 et le 25 octobre 2007, étaient Florian HOMM et Susan DEVINE HOMM **(réf.284)**,

- formulaire A daté du 26 mai 2003 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation n° ▮▮▮▮7975 au nom de ROSEWOOD CONSULTANT LTD, ouverte le 26 mai 2003 et clôturée le 11 janvier 2011, auprès de UBS AG, à Zoug, désignant Victoria BRADBURN comme ayant droit économique, alors qu'en réalité le véritable ayant droit économique des avoirs sur cette relation à hauteur de USD 1'638'750 au moins, entre le 27 novembre 2007 et le 9 juillet 2008, était Florian HOMM **(réf.285)**,

- formulaire A daté du 19 décembre 2003 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation n° ▮▮▮▮5484 ouverte le 6 janvier 2004 au nom de ADMEREX LTD auprès de BANQUE PASCHE AG, à Zurich, désignant Michael MILNE comme ayant droit économique, alors qu'en réalité le véritable ayant droit économique des avoirs déposés sur cette relation à hauteur de USD 3'000'000 au moins, le 22 janvier 2008, était Florian HOMM **(réf.286)**,

- formulaire A daté du 28 mars 2008 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation n° ▮▮▮▮4017 ouverte le 23 novembre 2000 au nom de SINITUS AG auprès de la BANQUE PASCHE SA, à Zurich, désignant Matthew Frazer NASH comme ayant droit économique, alors qu'en réalité le véritable ayant droit économique des avoirs déposés sur cette relation à hauteur de USD 10'000'000 au moins, les 14 mai et 8 juin 2007, était Florian HOMM **(réf.287)**,

- formulaire T daté du 26 juillet 2012 et signé à Küsnacht par Urs MEISTERHANS, établi en lien avec la relation n° ▮▮▮▮4017 ouverte le 23 novembre 2000 au nom de SINITUS AG auprès de la BANQUE PASCHE SA, à Zurich, désignant PRINCETON UNIVERSITY comme bénéficiaire du PRINCETON TRUST dont les avoirs seraient déposés sur la relation susmentionnée alors qu'en réalité le véritable ayant droit économique des avoirs déposés sur cette relation à hauteur de USD 10'000'000 au moins, les 14 mai et 8 juin 2007, était Florian HOMM **(réf.288)**,

- formulaire A daté du 27 mars 2002 et signé, à Küsnacht, par Urs MEISTERHANS, désignant Matthew Frazer NASH comme ayant droit économique des avoirs déposés sur la relation bancaire n° ▮▮▮▮2254 au nom de RADO TRADE AND FINANCE LTD auprès de UBS AG à Zoug, ouverte le 29 mai 2000 et clôturée le 27 juillet 2010 **(réf.289)**,

- formulaire A daté du 28 juin 2010 et signé, à Küsnacht, par Urs MEISTERHANS, désignant Matthew Frazer NASH comme ayant droit économique des avoirs déposés

    sur la relation bancaire n° ▇8248 au nom de RADO TRADE AND FINANCE LTD auprès de IHAG PRIVATBANK à Zurich, ouverte le 2 juillet 2010 et clôturée le 28 février 2012 **(réf.290)**,

- formulaire A daté du 11 janvier 2012 et signé par Urs MEISTERHANS, désignant Matthew Frazer NASH comme ayant droit économique des avoirs déposés sur la relation bancaire n° ▇9691 au nom de ITAG VERMÖGENSVERWALTUNG AG sous-rubrique n° ▇0508 au nom de RADO TRADE AND FINANCE LTD auprès de UBS AG à Bâle, ouverte le 26 janvier 2012 et clôturée le 29 novembre 2012 **(réf.291)**,

- formulaire A daté du 31 janvier 2011 et signé, à Küsnacht, par Urs MEISTERHANS, désignant Matthew Frazer NASH comme ayant droit économique des avoirs déposés sur la relation bancaire n° ▇7340 au nom de RADO TRADE AND FINANCE LTD auprès de BANQUE PASCHE SA à Zurich, ouverte le 14 février 2011 et clôturée le 23 juillet 2012 **(réf.292)**,

- formulaire A daté du 18 mars 2004 et signé, à Küsnacht, par Urs MEISTERHANS, désignant Matthew Frazer NASH comme ayant droit économique des avoirs déposés sur la relation n° ▇7656 au nom de CENTURY FINANCE GROUP INC auprès de UBS AG à Zoug, ouverte le 18 mars 2004 et clôturée le 25 juillet 2010 **(réf.293)**,

- deux formulaires A datés du 16 avril 2007, dont un antidaté, et signés, à Küsnacht, par Urs MEISTERHANS, établis en lien avec la relation n° ▇3760 ouverte le 27 avril 2007 au nom de STELLAR PARTNERS LTD auprès de CREDIT AGRICOLE SUISSE SA, à Zurich, désignant Jivko NIKOLOV et Catalin SCRIPCARU respectivement comme ayants droit économiques, alors qu'en réalité le véritable ayant droit économique des avoirs sur cette relation à hauteur de USD 3'000'000 au moins, le 15 décembre 2008, était Florian HOMM **(réf.294)**,

- formulaire A daté du 14 mai 2012 et signé, à Küsnacht, par Urs MEISTERHANS, établi en lien avec la relation n° ▇0.001 ouverte le 23 mai 2012 au nom de DONALDSON VENTURES SA auprès de BANK VONTOBEL AG, à Zurich, désignant Patrick Noel VAN GEYSEL KELAART comme ayant droit économique **(réf.295)**,

- formulaire A daté du 20 septembre 2007 et signé par Urs MEISTERHANS, à Küsnacht, désignant SINITUS AG comme ayant droit économique des avoirs déposés sur la relation bancaire n° ▇5910 au nom de SINITUS AG auprès du CREDIT AGRICOLE (SUISSE) SA à Zurich, ouverte le 23 novembre 2007, alors qu'en réalité le véritable ayant droit économique des avoirs déposés sur cette relation à hauteur de USD 4'600'000 au moins est Florian HOMM **(réf.296)**,

- formulaire A daté du 18 avril 2012 et signé par Urs MEISTERHANS, à Küsnacht, désignant Ondine DE ROTHSCHILD comme ayant droit économique des avoirs déposés sur la relation bancaire n° ▇5910 au nom de SINITUS AG auprès du CREDIT AGRICOLE (SUISSE) SA à Zurich, ouverte le 23 novembre 2007 **(cf. réf. 296)**,

- formulaire T daté du 29 juin 2012 et signé par Urs MEISTERHANS, désignant Ondine DE ROTHSCHILD comme la bénéficiaire des avoirs du trust PHETRI/OTEA

Numéro de procédure: SV.09.0135-FAL

> TRUST en lien avec la relation bancaire n° ▮5910 au nom de SINITUS AG auprès du CREDIT AGRICOLE (SUISSE) SA à Zurich (**cf. réf. 296**),

et cela dans le dessein de dissimuler la véritable identité de l'ayant droit économique, notamment Florian HOMM, afin de soustraire les avoirs d'origine criminelle de ce dernier à la mainmise de la justice et des lésés et, par là même, de porter atteinte aux droits d'autrui en usurpant l'identité d'une tierce personne pour arriver à cette fin,

et ainsi de tromper les établissements bancaires précités sur la réelle identité du cocontractant et de l'ayant droit économique des avoirs déposés sur les relations en cause,

ainsi que d'avoir violé, en tant qu'intermédiaire financier, depuis l'ouverture des relations précitées jusqu'à leur clôture, respectivement jusqu'au terme de son activité au sein de SINITUS AG en janvier 2013, son devoir de vigilance en matière d'opérations financières en indiquant volontairement sur les formulaires A susmentionnés un ayant droit économique inexact, respectivement en ne fournissant pas aux banques concernées un nouveau formulaire A indiquant le réel ayant droit économique,

en agissant de la sorte avec conscience et volonté, au vu des faits décrits ci-dessus au point 1.2.1.

Les faits décrits ci-dessus sont qualifiés de création et d'usage de faux dans les titres au sens de l'art. 251 CP ainsi que de défaut de vigilance en matière d'opérations financières au sens de l'art. 305ter CP.

## II. Conclusions civiles (art. 326 al. 1 lit. a CPP)

A ce stade, les Fonds Absolute ont chiffré leur dommage comme suit :

1) EUR 448'825.- et USD 206'249'988.- à titre de dommage d'investissement et de courtage ;

2) EUR 6'535'521.-, USD 1'261'536.- et JPY 122'273.- à titre de dommage subi suite au paiement indu de commissions de gestion ;

3) EUR 36'858'454.-, USD 8'339'507.- et JPY 611'911.- à titre de dommage subi suite au paiement indu de commissions de performance.

Ces données chiffrées ressortent du rapport d'analyse établi par la société APPLEBY FUND SERVICES (ISLE OF MAN) LIMITED, sur mandat des parties plaignantes (**réf.297**).

L'allocation de ces dommages entre les différents Fonds Absolute figure en page 10 dudit rapport.

Numéro de procédure: SV.09.0135-FAL

## III. Mesures de contrainte (art. 326 al. 1 lit. b CPP)

Urs MEISTERHANS a fait l'objet d'une détention provisoire durant les périodes suivantes :

- du 22 juillet 2009 au 15 octobre 2009,
- du 16 décembre 2014 au 19 décembre 2014.

Il est précisé que dans le cadre de la première détention provisoire de Urs MEISTERHANS, ce dernier a été libéré en date du 15 octobre 2009 suite à la remise d'une caution d'un montant de CHF 50'000.- versée sur le compte du Tribunal pénal fédéral (**réf.298**).

Pour le surplus, il y a lieu de se référer au dossier, en particulier aux documents contenus dans les rubriques 6, 7 et 8 de l'inventaire du dossier et à ce qui suit.

## IV. Objets et valeurs séquestrés (art. 326 al.1 lit. c CPP)

### 1 Valeurs patrimoniales

Selon tableau ci-après, des valeurs patrimoniales d'un montant total de CHF 22'754'233.20 EUR 4'230'288.- et USD 818'418.- sont séquestrées sur des relations bancaires contrôlées et utilisées par Urs MEISTERHANS pour entraver la découverte et la confiscation des avoirs d'origine criminelle de Florian HOMM.

| Titulaire | Banque | N° du compte | Ouverture | Blocage | Devise | Montant séquestré |
|---|---|---|---|---|---|---|
| ENERGY EIAC CAPITAL LTD | UBS AG (Zoug) | ███2674 | 22.12.06 | 25.08.09 | EUR | 815'183.-<br>(état de fortune au 31 décembre 2014) |
| COLIN TRAINOR | CREDIT SUISSE AG (Zurich) | ███676-1 | 08.01.07 | 27.08.09 | EUR | 645'874.-<br>(état de fortune au 31 décembre 2014) |
| SINITUS AG | BANQUE PASCHE SA (Zurich) | ███4017 | 23.11.00 | 09.06.11 | CHF | 14'707'069.-<br>(état de fortune au 31 décembre 2014) |
| SINITUS AG | CREDIT AGRICOLE SA (Zurich) | ███5910 | 23.11.07 | 03.09.09 | CHF | 6'702'805.05<br>(état de fortune au 24 avril 2015) |