Numéro de procédure: SV.09.0135-FAL

| Titulaire | Banque | N° du compte | Ouverture | Blocage | Devise | Montant séquestré |
|---|---|---|---|---|---|---|
| SINITUS AG | REICHMUTH & CO (Lucerne) | ▓.1001 ▓1446) | 03.09.07 | 10.03.11 | CHF | 185'146.92 (état de fortune au 31 mars 2015) |
| SINITUS SERVICES LTD | REICHMUTH & CO (Lucerne) | ▓1001 (▓1679) | 10.03.08 | 15.04.11 | CHF | 1'159'212.23 (état de fortune au 31 mars 2015) |
| DONALDSON VENTURES SA | BANK VONTOBEL AG (Zurich) | ▓3870 | 23.05.12 | 17.10.14 | USD | 818'418.- (état de fortune au 31 décembre 2014) |
| RAMO LTD | PICTET & CIE BANQUIERS (Zurich) | ▓3367 | 13.10.03 | 19.05.11 | EUR | 2'769'231.- (état de fortune au 31 décembre 2014) |

A cela s'ajoutent les espèces séquestrées lors de la perquisition des 25 et 26 avril 2013 dans les locaux de SINITUS AG à Küsnacht qui s'élèvent à CHF 323'960.20 (selon extrait de compte au 31 mars 2015 **(réf.299)**), EUR 223'215 et USD 1'200, valeurs qui ont été déposées sur un compte auprès de la BNS, et à EUR 11.31, CHF 4.40, GBP 451, DKK 1.20, LAF 115, valeurs qui ont été déposées dans le coffre du MPC. Ces valeurs ont été séquestrées également dans les procédures SV.12.0743-FAL et SV.12.0745-LL qui font l'objet d'un acte d'accusation séparé **(réf.300)**.

De plus, des espèces s'élevant à hauteur de EUR 150'000.- ont été séquestrées le 23 mai 2012, lors de la perquisition effectuée en date du 22 mai 2012, dans le coffre-fort n°▓1-339 loué par SINITUS AG auprès de CREDIT SUISSE AG à Küsnacht **(réf.301)**. Ces valeurs ont été séquestrées également dans la procédure SV.12.0743-FAL.

S'agissant de la relation au nom de ENERGY EIAC CAPITAL LTD auprès de UBS AG, à Zoug, il sied de rappeler que cette société, constituée par l'intermédiaire de Urs MEISTERHANS, a été utilisée par Florian HOMM, sous sa fausse identité de Colin TRAINOR, pour faire ouvrir des relations bancaires en Suisse, dont la relation précitée, et faire transiter ses avoirs d'origine criminelle (cf. supra 1.2.1.2.1 et 1.2.1.3.1 notamment). Ladite société n'exerce d'ailleurs aucune activité économique et sa seule vocation est de servir d'écran pour son unique ayant droit économique, Colin TRAINOR. Cette société, ne formant qu'un avec l'individu précité, se révèle dès lors être un simple instrument en la main de ce dernier et ne saurait être considérée, en application du principe de la transparence (« Durchgriff »), comme un tiers au sens de l'art. 70 al. 2 CP. Les avoirs déposés sur cette relation ainsi que sur celle de Colin TRAINOR auprès du CREDIT SUISSE AG, à Zurich, sont le résultat, respectivement le produit résultant des activités criminelles reprochées à Florian HOMM, et doivent par conséquent être restituées aux lésés et, si tel ne devait pas être le cas, être confisquées en application de l'art. 70 al. 1 CP, subsidiairement faire l'objet d'une créance compensatrice en application de l'art. 71 al. 1 CP.

Numéro de procédure: SV.09.0135-FAL

Concernant les relations ouvertes au nom de SINITUS AG auprès de BANQUE PASCHE SA à Zurich, CREDIT AGRICOLE SA à Zurich et REICHMUTH & CO à Lucerne, il y a aussi lieu de rappeler que cette société a joué un rôle central, notamment via ses relations bancaires précitées, au sein de la structure mise en place par Urs MEISTERHANS dans le but de blanchir le produit des actes criminels commis par Florian HOMM (cf. supra 1.2.1). D'ailleurs, selon le formulaire A daté du 31 août 2007 et signé par Urs MEISTERHANS, l'ayant droit économique de la relation au nom de SINITUS AG auprès de REICHMUTH & CO était Colin TRAINOR, la fausse identité de Florian HOMM. Il est par ailleurs important de souligner que Urs MEISTERHANS a occupé la position d'intermédiaire financier, de membre du conseil d'administration et d'associé de la société SINITUS AG à Küsnacht, avec un pouvoir de signature individuelle, étant précisé qu'il en est devenu l'associé unique à partir de fin 2009. En outre, il ressort du dossier que les partenaires de la société SINITUS AG partageaient une infrastructure commune (ressources informatiques, locaux), mais disposaient en réalité chacun « *de leur propre société* », en ce sens que chacun d'eux avait ses propres clients, ses propres dossiers, sans nécessairement devoir rendre de comptes précis aux autres **(réf.302)**. A ce titre, le principe de la transparence doit également s'appliquer en l'espèce. En effet, il serait erroné de s'en tenir sans réserve à l'existence formelle de deux personnes juridiquement distinctes, dès lors que la société SINITUS AG s'est révélée être un simple instrument en main de Urs MEISTERHANS, dans la mise en œuvre de ses activités criminelles. A cet égard, on ne saurait invoquer la diversité des sujets sans porter manifestement atteinte à des intérêts juridiques, en particulier ceux des lésés, ou sans constituer un abus de droit. Ainsi, il convient de faire abstraction de la distinction entre Urs MEISTERHANS et la société SINITUS AG, dans les faits poursuivis, et d'exclure sans réserve l'hypothèse d'une éventuelle qualité de tiers de bonne foi, au sens de l'art. 70 al. 2 CP.

Quant à la société SINITUS SERVICES LTD, société offshore constituée aux Îles Vierges Britanniques, elle est une société fille de la société SINITUS TRUST MANAGEMENT, elle-même société fille de SINITUS AG **(réf.303)**. De ce fait, le principe de la transparence, auquel il est fait référence ci-dessus, trouve également application en lien avec ladite société. Pour cette raison, elle ne peut, à l'image de SINITUS AG, être considérée comme un tiers de bonne foi en application de l'art. 70 al. 2 CP.

S'agissant des avoirs séquestrés sur les relations bancaires au nom de SINITUS AG et SINITUS SERVICES LTD auprès de REICHMUTH & CO, à Lucerne, ceux-ci proviennent des activités criminelles reprochées à Florian HOMM (cf. supra 1.2.1.2.1 et 1.2.1.3.2) et doivent par conséquent être restitués aux lésés et, si tel ne devait pas être le cas, être confisqués en application de l'art. 70 al. 1 CP, subsidiairement faire l'objet d'une créance compensatrice en application de l'art. 71 al. 1 CP.

En ce qui concerne les valeurs patrimoniales déposées sur la relation au nom de SINITUS AG auprès du CREDIT AGRICOLE SA, à Zurich **(réf.304)**, et sur celle au nom SINITUS AG auprès de BANQUE PASCHE SA à Zurich, l'instruction n'a pas permis d'établir un lien direct (« *paper trail* ») entre ces valeurs et les activités criminelles reprochées à Florian HOMM, lesdits avoirs doivent dès lors faire l'objet d'une créance compensatrice en application de l'art. 71 al. 1 CP.

Pour les espèces saisies dans les locaux de SINITUS AG et dans le coffre loué par cette dernière auprès de CREDIT SUISSE AG à Küsnacht, le MPC considère qu'il y a aussi lieu de prononcer une créance compensatrice à hauteur du montant séquestré, dans la mesure

Numéro de procédure: SV.09.0135-FAL

où les valeurs patrimoniales à confisquer ne sont plus disponibles, en application de l'art. 71 al. 1 CP.

S'agissant des relations au nom de RAMO LTD auprès de PICTET & CIE BANQUIERS et au nom de DONALDSON VENTURES SA auprès de BANK VONTOBEL AG à Zurich, il y a lieu de relever que ces sociétés sont des sociétés de domicile, constituées à St-Vincent & les Grenadines. Il est important de mentionner que ces deux sociétés ont été utilisées dans le mécanisme de blanchiment d'argent mis en place par Urs MEISTERHANS pour le compte de Florian HOMM (cf. supra 1.2.1.3.1 et 1.2.1.2.3). RAMO LTD est administrée par la société GOLD-COAST DIRECTORS LTD, elle-même dirigée par Urs MEISTERHANS et pour laquelle il est au bénéfice d'un pouvoir de signature. Quant à la société DONALDSON VENTURES SA, elle est représentée par Urs MEISTERHANS. Le MPC considère dès lors que le principe de la transparence mentionné ci-dessus doit également s'appliquer en lien avec ces deux sociétés. Pour cette raison, elles ne peuvent, à l'image de SINITUS AG, être considérées comme des tiers de bonne foi en application de l'art. 70 al. 2 CP. Dans la mesure où l'instruction a permis d'établir un lien direct entre les valeurs patrimoniales déposées sur la relation de RAMO LTD auprès de PICTET & CIE BANQUIERS et les activités criminelles reprochées à Florian HOMM, il y a lieu de restituer ces valeurs aux lésés et, si tel ne devait pas être le cas, de les confisquer en application de l'art. 70 al. 1 CP, subsidiairement de prononcer une créance compensatrice en application de l'art. 71 al. 1 CP. Concernant le avoirs déposés sur la relation de DONALDSON VENTURES SA auprès de BANK VONTOBEL AG, ils devront faire l'objet d'une créance compensatrice à hauteur du montant séquestré dans la mesure où les valeurs patrimoniales à confisquer ne sont plus disponibles, en application de l'art. 71 al. 1 CP.

Le total des avoirs blanchis par Urs MEISTERHANS, provenant des activités criminelles reprochées à Florian HOMM, s'élève à plus de USD 54 millions. Par conséquent, une créance compensatrice jusqu'à hauteur d'un montant équivalent peut être prononcée.

Il sied enfin de relever que des décisions de réalisation anticipée des valeurs patrimoniales séquestrées ont été rendues, en date des 3 mars, 4 mars et 30 avril 2015, en vue du terme de la procédure préliminaire et du renvoi en accusation s'agissant de chacune des relations bancaires répertoriées ci-dessus. Les décisions relatives aux relations bancaires au nom de DONALDSON VENTURES SA auprès de BANK VONTOBEL AG et de RAMO LTD auprès de PICTET & CIE BANQUIERS ont fait l'objet d'un recours. Dès lors, la procédure est en cours devant la Cour des plaintes du Tribunal pénal fédéral.

Les décisions en lien avec les autres relations bancaires sont toutes entrées en force. Cependant, en raison de la particularité de certains actifs présents sur les relations en question, ceux-ci n'ont pas pu être transformés en espèces immédiatement, raison pour laquelle certains dépôts ne sont provisoirement pas exclusivement constitués de liquidités. Ceci implique également que les montants séquestrés indiqués dans le tableau ci-dessus ne sont pas encore définitifs.

Il sied enfin de relever que, dans le cadre de la procédure pénale menée à l'encontre de Florian HOMM, d'autres relations bancaires font l'objet d'un séquestre, pour un montant total s'élevant à hauteur de EUR 17'601'793.- et de CHF 53'981. Il s'agit des relations suivantes :

- n° ▇0017 au nom de HOSIFA STIFTUNG auprès de PHZ PRIVAT-UND HANDELS-BANK ZÜRICH AG, à Zurich ;

Numéro de procédure: SV.09.0135-FAL

- n° ▇0020 au nom de BREK STIFTUNG auprès de PHZ PRIVAT-UND HANDELS-BANK ZÜRICH AG, à Zurich ;
- n° ▇0049 au nom de Susan Elaine DEVINE auprès de PHZ PRIVAT-UND HAN-DELSBANK ZÜRICH AG, à Zurich ;
- n° ▇0380 au nom de MALON CONSULTING AG auprès de PHZ PRIVAT-UND HANDELSBANK ZÜRICH AG, à Zurich ;
- n° ▇0106 au nom de Susan Elaine DEVINE auprès de TRAFINA PRIVATBANK AG, à Bâle.

Lesdites relations sont cependant en rapport avec Susan Elaine DEVINE, l'ex-épouse de Florian HOMM, et n'ont pas été directement utilisées dans le cadre de la structure mise en place par Urs MEISTERHANS. Elles sont toutefois en lien avec les activités criminelles reprochées à Florian HOMM.

## 2   Objets

Dans le cadre de l'instruction, le MPC a ordonné à l'encontre de Urs MEISTERHANS, par acte du 6 mars 2015, le séquestre à titre conservatoire des immeubles suivants, dont il est l'unique propriétaire :

- Feuillet 7419 du registre foncier de Küsnacht : part de copropriété par étages, feuillet 4898, cadastre 12450, appartement de 3 1/2 pièces au rez-de-chaussée à ▇ ▇ ;

- Feuillet 7421 du Registre foncier du Küsnacht : part de copropriété par étages, feuillet 4898, cadastre 12450, appartement de 3 1/2 pièces au 1er étage, à ▇ ▇ ;

- Feuillet 7428 du registre foncier de Küsnacht : 1/8 de part de copropriété, feuillet 7426 ;

- Feuillet 7433 du registre foncier de Küsnacht : 1/8 de part de copropriété, feuillet 7426 ;

- Feuillet 1385 du registre foncier de Illnau : part de copropriété du feuillet 927, cadastre 1128.

Ces biens immobiliers ont été séquestrés également dans la procédure SV.12.0745-LL qui fait l'objet d'un acte d'accusation séparé.

Une créance compensatrice devra également être prononcée en lien avec ces immeubles.

Pour les autres objets séquestrés, il y a lieu de se référer au dossier, en particulier aux documents figurant sous les rubriques 7 et 8 de l'inventaire du dossier. Lesdits objets devront être restitués aux ayants droit à l'issue de la procédure.

Numéro de procédure: SV.09.0135-FAL

## V. Réquisition au sujet de sanctions (art. 326 al. 1 lit. f CPP)

Le MPC présentera ses propositions de sanctions aux débats.

## VI. Frais d'instruction (art. 326 al. 1 lit. d CPP)

La liste de frais sera également déposée lors des débats.

## VII. Demande d'être cité aux débats (art. 326 al. 1 lit. h CPP)

Une citation aux débats est sollicitée.

Ministère public de la Confédération

Graziella de Falco Haldemann
Procureure fédérale

**Notification à :**

- Tribunal pénal fédéral, Cour des affaires pénales, case postale 2720, 6501 Bellinzona

- Urs MEISTERHANS, par son défenseur Me Stefan DISCH, avocat, chemin des Trois-Rois 2, case postale 5843, 1002 Lausanne,

- Fonds Absolute, par leur conseil Maître Jean-Marc CARNICE, BCCC AVOCATS Sàrl, rue Jacques-Balmat 5, case postale 5839, 1211 Genève 11

**Voie de droit**

Conformément à l'art. 324 al. 2 CPP, l'acte d'accusation n'est pas sujet à recours.

Numéro de procédure: SV.09.0135-FAL

# Inventaire

1 Pièces 18-04-0350ss
2 Pièces 18-04-0307ss
3 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 63 (A-11-00-04-1733ss)
4 Pièces 22-00-0120ss, 22-00-0169ss
5 Pièce 18-04-0904
6 Rapport du CCEF du 15 juillet 2011 (11-01-0003 à 11-01-0064) et son annexe 2 (11-01-0073 à 11-01-0125)
7 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1123 à -1141)
8 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1142 à -1151)
9 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1152 à -1181)
10 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1187 à -1206)
11 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1247 à -1258)
12 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1259 à -1287)
13 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1288 à -1349)
14 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 56 (A-11-00-04-1350 à -1357), annexe 72 (A-11-00-04-1844 à -1852) et annexe 110 (A-11-00-04-3523 à -3568)
15 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1358 à -1375)
16 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1376 à -1386)
17 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1387 à -1399)
18 Pièces A-08-01-01-02-0011-00023, rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 110 (A-11-00-04-3523 à -3568), pièce A-18-05-01-5131
19 Pièces SIN-08-343227-3840ss, SIN-08-343227-3657, SIN-08-343227-3677, A-07-02-04-04-0026, 13-06-0006 et 13-06-0008, SIN 08-343-227-0293s, 10-00-0097ss
20 Rapport du CCEF daté du 15 octobre 2014 (11-01-0379ss)
21 Rapport du CCEF du 15.10.2014 (11-01-0379ss) et son annexe 1 (A-11-00-05-0056ss), pièces 12-01-0037s, 12-01-0076s, 12-08-0002s
22 Pièces 18-14-0037ss
23 Pièces 18-14-0079ss
24 Pièce 15-05-0085
25 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), Rapport du CCEF daté du 15 juillet 2011 (11-01-0003ss), 13-02-0583
26 Pièces A-07-08-08-01-0009, A-07-08-03-01-0007, A-07-08-03-01-0061, A-07-08-07-01-0009
27 Pièces 13-06-0006, 13-06-0008, 13-06-0010, 13-06-0117
28 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 70 (A-11-00-04-1811ss), pièces A-10-00-02-0127 à -0136, A-10-00-02-0224 à -0234, A-

Numéro de procédure: SV.09.0135-FAL

10-00-02-0011, Rapport PJF du 18 juin 2013 (10-00-0879), A-10-00-02-0014s, 12-42-0030 à -0032
29 Pièces A-10-00-02-0123s
30 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0590) et son annexe 56 (A-11-00-04-1123ss)
31 Pièces A-10-00-02-0224 à -0225
32 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0600s et 11-01-0605s) et son annexe 56 (A-11-00-04-1123ss)
33 Pièces A-07-02-37-01-0005, A-07-02-37-01-0015 à -0016, A-07-02-37-01-0043
34 Pièce A-08-01-01-04-0011-00006
35 Pièce A-18-05-01-5131ss
36 Pièce A-07-02-37-01-0006
37 Pièce 10-00-1148ss
38 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 110 (A-11-00-04-3523 à -3568)
39 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1922), pièce A-07-02-04-02-03-0004
40 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 72 (A-11-00-04-1844 à -1852)
41 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et ses annexes 56 (A-11-00-04-1247 à -1258), 72 (A-11-00-04-1844 à -1852) et 110 (A-11-00-04-3523 à -3568)
42 A-08-01-01-02-0011-00020
43 Pièces A-07-02-04-01-0001ss
44 Pièces SIN-08-343227-0288ss
45 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0623ss) et son annexe 55 (A-11-00-04-1119ss)
46 Pièce A-07-05-01-01-0023
47 Pièce SIN-08-343227-0293
48 Pièces A-07-02-04-01-0002ss
49 Pièce A-07-02-04-01-0017
50 Pièces A-07-01-02-01-0013ss
51 Pièces A-07-05-01-01-0004ss, A-07-05-05-01-0002
52 Pièces A-07-05-05-01-0064, A-07-05-01-04-0342
53 Pièce A-07-05-01-01-0062
54 Pièces A-07-05-01-04-0510, A-07-02-04-01-0002ss, A-07-01-02-01-0002ss
55 Pièces SIN-08-343227-3840ss, 13-06-0006, 13-06-0008, 12-03-0007
56 Pièces 07-01-0010, 07-02-0057, 07-05-0085
57 Rapport du CCEF daté du 26 janvier 2015 (11-01-0720ss) et ses annexes 60 et 63 (A-11-01-06-0380 à -0382 et A-11-01-06-0390 à -0391), pièce MEI-08-343227-0831
58 Rapport du CCEF daté du 26 janvier 2015 (11-01-0720ss) et son annexe 61 (A-11-01-06-0383 à -0384)
59 Rapport du CCEF daté du 26 janvier 2015 (11-01-0720ss) et son annexe 62 et 63 (A-11-01-06-387 à -0389 et A-11-01-06-0390 à -0391), pièce MEI-08-343227-0832
60 Rapport du CCEF daté du 26 janvier 2015 (11-01-0720ss) et ses annexes 63 et 64a (A-11-01-06-0390 à -0391)
61 Rapport du CCEF daté du 26 janvier 2015 (11-01-0720ss) et son annexe 64b (A-11-01-06-0394 à -0400)
62 Rapport du CCEF daté du 26 janvier 2015 (11-01-0720ss) et son annexe 64c (A-11-01-06-0401 à -0404)
63 Rapport du CCEF daté du 26 janvier 2015 (11-01-0720ss)
64 Rapport du CCEF daté du 26 janvier 2015 (11-01-0720ss) et ses annexes 5, 9 et 10a (A-11-01-06-0028, A-11-01-06-0044 et A-11-01-06-0045 à -0051)

65 Pièces 18-02-0152ss, en particulier 18-02-0201 à -0202
66 Pièce 07-13-0045
67 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0602)
68 Rapport de la PJF du 18 juin 2013 (pièce 10-00-02-0023s) et ses annexes 2 et 4 (pièces A-10-00-02-0165ss, A-10-00-02-0217ss, A-10-00-02-0361)
69 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0603)
70 Pièce A-18-05-01-5131
71 Pièces 10-00-1148s, A-07-02-37-01-0006
72 Rapport de la PJF du 18 juin 2013 (pièce 10-00-02-0012ss) et son annexe 2 (pièces A-10-00-02-0145ss)
73 Pièces 11-01-0603ss
74 Pièces 11-01-0705ss, 11-01-0030ss
75 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 56 (A-11-00-04-1319), Pièce A-18-12-01-0248ss
76 Pièce 11-01-0705ss
77 Pièce 11-01-0604, 11-01-0706, A-11-00-04-3770
78 Pièce 11-01-0706ss, A-11-00-04-3783
79 Pièce 07-50-0011
80 Pièce A-08-01-01-02-0045-0002, rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 74 (A-11-00-04-1875 à -1903)
81 Pièce A-08-01-01-02-0045-00035
82 Pièce A-08-01-01-02-0045-00036
83 Pièce A-08-01-01-02-0045-00034
84 Pièce A-08-01-01-02-0045-00040
85 Rapport synthèse du CCEF daté du 16 décembre 2014 (pièce 11-01-0631ss) et son annexe 74 (pièce A-11-00-04-1879)
86 Rapport synthèse du CCEF daté du 16 décembre 2014 (pièce 11-01-0631ss) et son annexe 74 (pièce A-11-00-04-1877s)
87 Pièces A-18-05-01-3644s, 12-35-0004, 12-35-0015
88 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 74 (A-11-00-04-1904 à -1921)
89 Pièces SIN-08-343227-4935s, Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss) et son annexe 74 (A-11-00-04-1912s)
90 Pièces A-07-02-35-0022s
91 Pièces A-07-02-35-0014s
92 Pièce 07-10-0051ss
93 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 3 et 5 (A-11-00-07-0024 et A-11-00-07-0027 à -0031)
94 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 8, 9, 10, 12, 13 et 14 (A-11-00-07-0042, A-11-00-07-0044, A-11-00-07-0045 à -0053, A-11-00-07-0055, A-11-00-07-0056 et A-11-00-07-0058)
95 Rapport du CCEF daté du 8 mai 2015 (A-11-00-07-0001ss) et son annexe 13 (A-11-00-07-0056 à -0057)
96 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 13 et 18 (A-11-00-07-0057 et A-11-00-07-0066), pièce A-11-00-07-0092
97 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et son annexe 19 (A-11-00-07-0067 à -0069)
98 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et son annexe 22 (A-11-00-07-0077 à -0082)
99 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 3, 5, 6 et 7a (A-11-00-07-0024, A-11-00-07-0027 à -0031, A-11-00-07-0032 à -0034 et A-11-00-07-0035 à -0037)
100 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 3 et 5 (A-11-00-07-0024 et A-11-00-07-0027 à -0031), Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 8, 9, 10, 12, 13 et 14 (A-11-00-07-0042, A-11-00-07-0044, A-

Numéro de procédure: SV.09.0135-FAL

11-00-07-0045 à -0053, A-11-00-07-0055, A-11-00-07-0056 et A-11-00-07-0058), Rapport du CCEF daté du 8 mai 2015 (A-11-00-07-0001ss) et son annexe 13 (A-11-00-07-0056 à -0057), Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 13 et 18 (A-11-00-07-0057 et A-11-00-07-0066), pièce A-11-00-07-0092, Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et son annexe 19 (A-11-00-07-0067 à -0069), Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et son annexe 22 (A-11-00-07-0077 à -0082)
101 Pièces A-07-03-13-01-0008ss
102 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et son annexe 11 (A-11-00-07-0054)
103 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 1 et 2 (A-11-00-07-0013 à -0024)
104 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et son annexe 20 (A-11-00-07-0070), pièce A-07-18-01-0005 à -0006, A-07-18-01-0023
105 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et son annexe 20 (A-11-00-07-0071)
106 Pièces A-07-18-01-0040s
107 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et ses annexes 22 et 23 (A-11-00-07-0077 à -0085)
108 Rapport du CCEF daté du 8 mai 2015 (A-11-01-0808ss) et son annexe 24 (A-11-00-07-0086)
109 Pièce 07-10-0051ss
110 Pièce 07-18-0033ss
111 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1923), Rapport du CCEF daté du 15 octobre 2014 (11-01-0439ss), son annexe 11 (A-11-00-05-0406ss) et pièces A-07-02-04-02-02-0012ss
112 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1924s) et pièce A-07-02-04-02-02-0017
113 Rapport du CCEF daté du 15 octobre 2014 (11-01-0477ss), son annexe 23 (A-11-00-05-0625ss)
114 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1926) et pièce A-07-05-01-02-0007
115 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1927s) et pièce A-07-02-04-02-03-0027
116 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1929s) et pièce A-07-02-04-02-02-0029
117 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1931) et pièce A-07-05-01-02-0014
118 Rapport du CCEF daté du 15 juillet 2011 (11-01-0003ss) et pièce A-07-01-02-04-0010
119 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1932 à -1934) et pièces A-07-05-01-02-0014s, A-07-05-01-04-0408, A-07-05-01-04-0411, A-07-05-01-04-0417, A-07-05-01-04-0456
120 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1935) et pièce A-07-05-01-02-0015
121 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 75 (A-11-00-04-1936) et pièces A-07-01-02-02-0074, A-07-01-02-04-0016, A-07-01-02-04-0026
122 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 73 (A-11-00-04-1853 à -1874) et pièces A-07-05-01-02-0025 et A-07-05-01-02-0041
123 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 73 (A-11-00-04-1853 -1874), rapport du CCEF daté du 15 juillet 2011 (11-01-0003ss), pièces A-07-05-04-0439, A-07-05-04-0390, A-07-05-04-0434, A-07-05-04-0379
124 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 73 (A-11-00-04-1853 à -1874)

Numéro de procédure: SV.09.0135-FAL

125 Pièce A-07-05-04-0437
126 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss)
127 Pièce SIN-08-343227-0293
128 Pièces SIN-08-343227-3840ss, 13-06-0006, 13-06-0008
129 Pièces A-07-02-04-01-0004ss, A-07-05-01-01-0004ss
130 Pièces A-07-01-02-01-0013ss
131 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0637), pièces A-10-00-02-0068s, SIN-08-343227-0317s
132 Pièce 13-06-0016
133 Pièce SIN-08-343227-0306ss
134 Pièce SIN-08-343227-0322ss
135 Pièce SIN-08-343227-0150s et SIN-08-343227-0335s
136 Pièce SIN-08-343227-0148ss et SIN-08-343227-0301ss
137 Pièces 16-22-0001 à 16-22-0011
138 Pièce A-10-00-02-0666
139 Pièces 13-07-0042s
140 Pièce A-10-00-02-0083s, A-10-00-02-0845ss, A-10-00-02-0712s, A-10-00-02-0666, A-10-00-02-0060
141 Pièces 13-02-0229s
142 Pièces 12-13-0021
143 Pièce 07-05-0110
144 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 130 (A-11-00-04-3738s)
145 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 111 (A-11-00-04-3573 à -3577)
146 Pièce 12-30-0076, Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0640s) et son annexe 111 (A-11-00-04-3573s)
147 Pièce A-07-02-33-01-0006
148 Pièce A-07-02-33-01-0005
149 Pièce 18-12-0057
150 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 111 (A-11-00-04-3569 à -3572)
151 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 113 (A-11-00-04-3596 à -3598)
152 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 111 (A-11-00-04-3583 à -3586)
153 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 111 (A-11-00-04-3587 à -3589)
154 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0640ss) et son annexe 111 (A-11-00-04-3569, A-11-00-04-3583ss)
155 Pièce A-07-02-69-01-00-0006
156 Pièces 10-00-1148s
157 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 89 (A-11-00-04-2221s)
158 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 127 (A-11-00-04-3714 à -3722)
159 Rapport synthèse du CCEF du 16 décembre 2014 (11-01-0678s) et ses annexes 57 (pièce A-11-00-04-1409) et 127 (A-11-00-04-3716)
160 Pièces A-07-13-15-0013ss
161 Pièces 08-01-01-02-0045-00050ss, Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0679s) et son annexe 89 (A-11-00-04-2207ss)
162 Pièces A-10-00-02-0486ss, A-08-01-01-02-0045-00041ss
163 Pièce A-11-00-04-3718
164 Pièce 11-01-0646 et rapport de la PJF du 18 juin 2013 (10-00-0922) et son annexe 8/12 (A-10-00-02-0507)

Numéro de procédure: SV.09.0135-FAL

165 Pièces 07-40-0004s, A-07-40-01-0083ss
166 Pièces A-08-01-0010ss
167 Pièces A-10-00-02-0281s
168 Pièces A-08-01-01-02-0011-00023ss
169 Pièce A-10-00-02-0017
170 Pièce 12-42-0024s
171 Pièces 13-06-0004s
172 Pièces 07-40-0017, A-07-40-01-0074 à -0076, A-07-40-01-0081 à -0093, A-07-40-01-0134 à -0138, A-07-40-01-0140, A-07-40-01-0143 à -0145, A-07-40-01-0149 à -0153, A-07-40-01-0159 à -0166, A-07-40-01-0176, A-10-00-02-0560 à 0586
173 Pièces A-07-40-01-0077 à -0080, A-07-40-01-0178 à -0180
174 Pièces A-07-40-01-0178, A-07-40-01-0184s, A-07-40-01-0181, A-07-40-01-0108 à -0127
175 Pièces A-07-40-01-0128 à -0131, A-07-40-01-0111, A-07-40-01-0132s
176 Pièces 12-20-0069s
177 Pièces 12-20-0012
178 Pièces 12-20-0069
179 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 125 (A-11-00-04-3704ss) et pièce A-08-01-01-02-0045-00032
180 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 126 (A-11-00-04-3711ss)
181 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 111 (A-11-00-04-3578ss)
182 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 132 (A-11-00-04-3750ss)
183 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 111 (A-11-00-04-3590ss)
184 Pièces A-08-01-01-02-0045-00009s
185 Pièces 08-01-01-02-0045-00010s, A-08-01-01-02-0045-00032, 08-01-0118
186 Pièce A-11-00-04-3713
187 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0501ss), son annexe 111 (A-11-00-04-3578 à 3582 et A-11-00-04-3590 à 3594)
188 Pièce A-11-00-04-3752
189 Pièce A-10-00-02-0712s, A-10-00-02-0060s, A-10-00-02-0666
190 Rapport du CCEF daté du 15 octobre 2014 (11-01-0413ss), son annexe 7 (A-11-00-05-0221ss), pièce A-18-07-01-0718, pièces SIN-08-343227-5094 et -5098
191 Rapport du CCEF daté du 13 septembre 2012 et ses annexes (A-11-00-03-0001ss)
192 Pièces A-10-00-02-0007ss, 13-06-0007s
193 Pièces 11-01-0589, 12-42-0018, 12-42-0020, 12-42-0030, 13-06-0007s
194 Pièces A-10-00-02-0313 à -0330, A-10-00-02-0838ss, A-11-00-04-0071ss, 13-02-0782s
195 Pièce 13-02-0262
196 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0549ss) et son annexe 63 (A-11-00-04-1733ss)
197 Pièces A-08-01-01-02-0011-00137ss
198 Pièce 10-00-0555
199 Pièces 13-06-0004, A-18-05-01-2804
200 Pièces A-10-00-02-0083s, A-10-00-02-0845ss, A-10-00-02-0667 à -0672, A-10-00-02-0712s, A-10-00-02-0854s, A-18-05-01-2828
201 Pièces 08-01-01-02-0045-00016 à -00025, A-10-00-02-0831 à -0833
202 Pièces A-10-00-02-0086s
203 Pièces SIN-08-343227-0293, A-10-00-02-0078ss
204 Pièces SIN-08-343227-384s, 13-06-0008, 13-06-0100, 13-07-0096, A-08-01-01-02-0036-00038, A-10-00-02-0001ss, 12-03-0007
205 Pièces 10-00-0937ss, 12-01-0020, 13-06-0010

Numéro de procédure: SV.09.0135-FAL

206 Pièces A-08-01-01-02-0036-00038, 13-07-0090s
207 Pièces 03-00-0012 à -0073
208 Pièce A-10-00-02-0656
209 Pièces A-08-01-01-02-0011-00036, A-10-00-02-0067
210 Pièces A-10-00-02-0680ss, A-10-00-02-0697ss, A-10-00-02-0805, 12-41-0013, A-07-02-04-01-0032
211 Pièce A-18-03-02-1008
212 Pièce 10-00-0881ss, 12-01-0020
213 Pièces A-18-01-01-02-0023-00243, A-10-00-02-0127 à -0136, A-10-00-02-0014s, A-10-00-02-0224 à -0234, A-10-00-02-0011, 12-42-0030 à -0032
214 Pièces A-08-01-01-02-0011-00020 et A-08-01-01-02-0011-00022
215 Pièce 12-42-0030
216 Pièce 13-02-0783
217 Pièces A-08-01-01-02-0011-00023, A-11-00-04-01130
218 Pièces A-10-00-02-0560 à -0586
219 Pièces A-08-01-01-02-0011-00037 à -0038
220 Rapport synthèse du CCEF daté du 16 décembre 2014 (11-01-0583) et son annexe 76 (A-11-00-04-1937ss)
221 Pièces A-10-00-02-0596 à -0602, A-10-00-02-0604 à -0609
222 Pièce 22-00-0207
223 Pièces A-08-01-01-02-0005-00810ss
224 Pièces SIN-08-343227-0257ss
225 Pièce SIN-08-343227-0329ss
226 Pièces SIN-08-343227-0293, A-10-00-02-0078ss
227 Pièce A-10-00-02-0340
228 Pièce 13-06-0057
229 Pièces A-07-02-04-01-0043 à -0053
230 Pièces A-07-01-02-01-0013 à -0033
231 Pièce A-08-01-01-02-0011-00036
232 Pièces A-10-00-02-0703 à -0710
233 Pièce A-18-05-01-3640
234 Pièces A-10-00-02-0313 à -0330
235 Pièce 08-01-01-02-0045-00041 à -00046
236 Pièces A-10-00-02-0362 à -0385
237 Pièces A-10-00-02-0712s
238 Pièces A-10-00-02-0281s, A-08-01-01-02-0011-00024 à -00029
239 Pièce A-08-01-01-02-0011-00043
240 Pièces A-10-00-02-0619 à -0637
241 Pièces 18-12-0065ss
242 Rapport PJF du 2 décembre 2014 (10-00-1202s) et son annexe A-10-00-03-0531ss et A-08-01-01-02-0027-00004ss
243 Rapport PJF du 17 mars 2014 (10-00-1047ss) et son annexe CD ROM (10-00-1056)
244 Pièces A-11-00-04-1775ss/A-07-08-03-04-0028ss, A-18-05-01-2833, 13-06-0190s
245 Pièces A-11-00-04-1372s
246 Pièces 08-01-01-02-0045-00057s, 11-01-0615ss, A-11-00-04-1739ss
247 Pièce A-08-01-01-02-0045-00016s
248 Pièces A-18-05-01-2828s
249 Pièces A-08-01-01-02-0045-00016 à -00025
250 Pièce A-10-00-02-0083s, A-10-00-02-0845ss
251 Pièce A-10-00-02-0666
252 Pièces A-10-00-02-0667 à -0672, A-10-00-02-0854s
253 Pièces A-10-00-02-0560ss
254 Pièce 13-02-1075
255 Pièce A-10-00-02-0880
256 Pièces A-10-00-02-0592 à -0595