Numéro de procédure: SV.09.0135-FAL

257 Pièce A-10-00-02-0615
258 Pièces A-10-00-02-0616s
259 Pièces A-10-00-02-0053ss, A-10-00-02-0616ss
260 Pièces A-10-00-02-0596ss
261 Pièces A-10-00-02-0604 à -0609
262 Pièces A-08-01-01-02-0011-00003 à -00006, 13-06-0009
263 Pièces A-08-01-01-02-0011-00147
264 Pièce A-11-00-04-3569
265 Pièce 13-06-0009, 13-02-1006s, 12-01-0047
266 Pièce 13-06-0017
267 Pièces A-10-00-02-0086ss
268 Pièce 13-02-0433
269 Pièce 13-06-0012
270 Pièces A-10-00-02-0666 à -0672, A-10-00-02-0854s
271 Pièces A-10-00-02-0063ss
272 Pièce A-07-01-02-01-0013
273 Pièce A-07-02-04-01-0017
274 Pièce A-07-05-05-01-00016
275 Pièce A-07-05-01-01-0066
276 Rapport du CCEF daté du 15 octobre 2014 (11-01-0466s) et son annexe 19 (A-11-00-05-0542)
277 Pièce A-07-02-35-0022s
278 Pièce A-07-10-07-01-0031
279 Pièce A-07-18-01-0033
280 Pièce A-07-02-37-01-0006
281 Pièce A-07-24-21-01-0012
282 Pièce 11-01-0798ss
283 Pièce A-07-05-04-0016
284 Pièce A-07-02-33-01-0005
285 Pièce A-07-02-69-01-00-0004s
286 Pièce A-07-13-15-0018ss
287 Rapport du CCEF du 15 octobre 2014 (11-01-0379ss) et son annexe 8 (A-11-00-05-0259)
288 Rapport du CCEF du 15 octobre 2014 (11-01-0379ss) et son annexe 8 (A-11-00-05-0260ss)
289 Pièce A-07-02-40-0002
290 Pièce A-07-24-29-01-0021
291 Pièce A-07-02-58-01-0025
292 Pièce A-07-13-20-01-0094
293 Pièce A-07-02-61-01-0011
294 Pièces A-07-04-01-01-0005, A-07-04-01-01-0068
295 Pièce A-07-50-04-01-0011
296 Rapport du CCEF du 15.10.2014 (11-01-0379ss) et son annexe 7 (A-11-00-05-0221ss)
297 Pièces A-15-01-05-0009ss
298 Pièce 06-01-0271s, 13-02-0297
299 Pièce 08-01-0218
300 Pièces 08-01-0129ss et 08-01-0196ss, 08-01-0228ss et 08-01-0238ss (SV.09.0743-FAL), 08-01-0047ss et 08-01-0057ss (SV.12.0745-LL)
301 Pièces 10-00-1030ss, 08-01-0087ss
302 Pièce 12-01-0035s
303 Pièces 11-01-0386ss
304 Rapport d'analyse du CCEF daté du 13 septembre 2012 (11-01-0370ss) et ses annexes (A-11-00-03-0001ss)