# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ABSOLUTE ACTIVIST VALUE MASTER FUND LIMITED, ABSOLUTE EAST WEST FUND LIMITED, ABSOLUTE EAST WEST MASTER FUND LIMITED, ABSOLUTE EUROPEAN CATALYST FUND LIMITED, ABSOLUTE GERMANY FUND LIMITED, ABSOLUTE INDIA FUND LIMITED, ABSOLUTE OCTANE FUND LIMITED, ABSOLUTE OCTANE MASTER FUND LIMITED, AND ABSOLUTE RETURN EUROPE FUND LIMITED,<br><br>          Plaintiffs,<br><br>     v.<br><br>SUSAN ELAINE DEVINE,<br><br>          Defendant. | Case No. 2:15-cv-328-FtM-29MRM |

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PERMISSION TO FILE MOTION TO DISMISS IN EXCESS OF TWENTY-FIVE PAGES

Plaintiffs respectfully submit this brief in opposition to Defendant's motion for enlargement of the page limits for her motion to dismiss from 25 pages to 50 pages, which was filed on September 24, 2015 (Doc. #88 (corrected filing)).

As Defendant informed the Court in her motion, Plaintiffs oppose Defendant's request on the grounds that 50 pages is excessive, but would not oppose an enlargement of the page limit for Defendant's motion to 35 pages, if Plaintiffs could have the same number of pages for their opposition to Defendant's motion. In any event, Plaintiffs request that if

the Court grants to Defendant any enlargement of the page limit for her motion, the Court also set the same page limit for Plaintiffs' opposition.

Dated: September 28, 2015

                                              Respectfully submitted,

                                By: /s/ *David Spears*

| | |
|---|---|
| Thomas A. Tucker Ronzetti | David Spears |
| Florida Bar No. 965723 | Linda Imes |
| Kenneth Hartmann | Christopher Dysard |
| Florida Bar No. 664286 | Benjamin Silverman |
| Maia Aron | Sharanya Sai Mohan |
| Florida Bar No. 17188 | *Admitted Pro Hac Vice* |
| KOZYAK TROPIN & THROCKMORTON, LLP | SPEARS & IMES LLP |
| 2525 Ponce de Leon Boulevard, 9th Floor | 51 Madison Avenue |
| Miami, Florida 33134 | New York, New York 10010 |
| Telephone: (305) 372-1800 | Telephone: (212) 213-6996 |
| Facsimile: (305) 372-3508 | Facsimile: (212) 213-0849 |
| Email: tr@kttlaw.com | Email: dspears@spearsimes.com |
|        krh@kttlaw.com |        limes@spearsimes.com |
|        ma@kttlaw.com |        cdysard@spearsimes.com |
| |        bsilverman@spearsimes.com |
| |        smohan@spearsimes.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, David Spears, hereby certify that on this 28th day of September 2015, I caused the foregoing Plaintiffs' Memorandum in Opposition to Defendant's Motion for Permission to File Motion to Dismiss in Excess of Twenty-Five Pages to be served via CM/ECF on the following counsel of record:

    Carl Francis Schoeppl, Esq.
    Schoeppl & Burke, PA
    4651 N. Federal Hwy.
    Boca Raton, Florida  33431-5133

    Ian M. Comisky, Esq.
    Blank Rome, LLP
    1 Logan Square
    130 N 18th St.
    Philadelphia, Pennsylvania  19103-6998

                                             /s/ *David Spears*