**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ABSOLUTE ACTIVIST VALUE MASTER FUND LIMITED, ABSOLUTE EAST WEST FUND LIMITED, ABSOLUTE EAST WEST MASTER FUND LIMITED, ABSOLUTE EUROPEAN CATALYST FUND LIMITED, ABSOLUTE GERMANY FUND LIMITED, ABSOLUTE INDIA FUND LIMITED, ABSOLUTE OCTANE FUND LIMITED, ABSOLUTE OCTANE MASTER FUND LIMITED, AND ABSOLUTE RETURN EUROPE FUND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN ELAINE DEVINE,<br><br>Defendant,<br><br>and<br><br>LAIRD LILE, CONRAD HOMM, AND ORION CORPORATE & TRUST SERVICES, LTD.,<br><br>Intervenor-Defendants. | Case No. 2:15-cv-328-FtM-29MRM |

**DECLARATION OF DAVID SPEARS IN SUPPORT OF PLAINTIFFS' EXPEDITED RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR CONTINUANCE OF HEARINGS SCHEDULED FOR APRIL 25, 2016 AND APRIL 26, 2016**

I, David Spears, declare and state as follows:

1. I am a partner at Spears & Imes LLP, co-counsel for Plaintiffs Absolute Activist Value Master Fund Limited, Absolute East West Fund Limited, Absolute East West Master Fund Limited, Absolute European Catalyst Fund Limited, Absolute Germany Fund Limited, Absolute India Fund Limited, Absolute Octane Fund Limited, Absolute Octane

Master Fund Limited, and Absolute Return Europe Fund Limited (collectively, the "Funds") in this action. I submit this declaration in support of Plaintiffs' Expedited Response To Defendant's Emergency Motion For Continuance Of Hearings Scheduled For April 25, 2016 And April 26, 2016.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a subpoena *duces tecum* served by the Funds on Klueger & Stein LLP ("Klueger & Stein") on November 4, 2015 (the "Klueger Subpoena").

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Notice of Subpoena served by the Funds on counsel for Defendant Susan Elaine Devine ("Devine") in relation to the Klueger Subpoena.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated December 4, 2015 from Jacob Stein to Linda Imes accompanying a production of seventy pages of documents in response to the Klueger Subpoena. The production included a September 14, 2011 engagement letter between Devine and Klueger & Stein.

5. Attached hereto as **Exhibit 4** is a true and correct copy of records from PHZ Privat- und Handelsbank Zurich AG ("PHZ") reflecting a transfer of $140,000 from Devine's account at PHZ to Klueger & Stein on or about September 16, 2011.

6. Attached hereto as **Exhibit 5** is a true and correct copy of [redacted].

7. Attached hereto as **Exhibit 6** is a true and correct copy of letter from Devine's Swiss counsel to the Swiss prosecutor dated May 3, 2012 arranging for Devine's testimony and a certified translation.

8. On November 17, 2015, a grand jury in the Northern District of California returned a nine-count indictment against Collins (the "2015 Collins Indictment") alleging, *inter alia*, money laundering, wire fraud, and aiding and assisting in preparing a false return. The 2015 Collins Indictment is available to the public on the Internet. Attached hereto as **Exhibit 7** is a true and correct copy of the 2015 Collins Indictment.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the decision in *SK Foods, L.P. v. SKMP Corp., Inc.*, 2011 WL 10723414 (Bankr. E.D. Cal. Oct. 11, 2011).

10. Attached hereto as **Exhibit 9** is a true and correct copy of [redacted].

11. Attached hereto as **Exhibit 10** is a true and correct copy of [redacted].

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2016 in New York, New York.

By: /s/ *David Spears*