# EXHIBIT 6

**BRUNO KEPPELER**
`CTOR AT LAW, UNIVERSITY OF MADRID

**rASCAL MOORS**
FORMER HEAD OF THE BAR
FORMER PRESIDENT OF THE BAR
FEDERATION OF EUROPEAN
PRESIDENT OF THE INTERNATIONAL UNION
OF ATTORNEYS-AT-LAW

**ALEC REYMOND**
FORMER HEAD OF THE BAR

**MICHAEL KROO**
ALSO ADMITTED TO CZECH BAR, PRAGUE

**FABIO SPIRGI**
M.C.I, NEW YORK UNIVERSITY
D.E.A. IN EUROPEAN LAW
ALSO ADMITTED TO NEW YORK BAR

**YVAN JEANNERET**
PROFESSOR AT THE FACULTY OF LAW OF
THE UNIVERSITY OF NEUCHATEL

**PEDRO DA SILVA NEVES**

**ALEXANDRA LOPEZ**

**SANDA BUNACIU**
D.E.S, IN EUROPELN LAW, BRUSSELS

**KATARZYNA KEDZIA RENQUIN**

**MITRA SOHRABI**

**KATIA VILLARD**

**ANNE RITZ**

**3ASTIEN VOEGELI**

-----
**JUNIOR LAWYERS**
**MARIE KREIS**
**SOPHIA AMMAR**
**NADIA MERIBOUTE**

16-25-0014

**KEPPELER & ASSOCIATES**
ATTORNEYS-AT-LAW OF THE GENEVA BAR

[Stamp: ENTRY MPC
May 7, 2012,
Case No.
Registered
[Handwritten: Illegible signature]

By fax No. 021 644 33 20 and mail
MINISTERE PUBLIC DE LA CONFEDERATION
Ms.
Graziella de FALCO HALDEMANN
Federal Attorney
42, avenue des Bergières
1004 LAUSANNE

Geneva, May 3, 2012
AR/ss000150563

Concerning: Procedure No. SV09.0135-FAL
Susan DEVINE

Ms. Federal Attorney,

Your letters from May 1 and 2 have got my best attention.

As an extension to the letter that I have sent you on April 26, I kindly ask you to confirm that my client will testify with the guarantee of safe conduct.

Best regards.

Alec REYMOND
[Handwritten: Illegible signature]

TRANSPERFECT

City of New York, State of New York, County of New York

I, Casey Dianni, hereby certify that the document "May 3, 2012 Letter" is, to the best of my knowledge and belief, a true and accurate translation from French to English.

Casey Dianni

Sworn to before me this
March 1, 2016

Signature, Notary Public

MAGDALENA V KAWALKOWSKI
Notary Public - State of New York
No. 01KA6334726
Qualified in SUFFOLK County
Commission Expires Dec 21, 2019

Stamp, Notary Public

16-25-0014

# KEPPELER & ASSOCIÉS
AVOCATS AU BARREAU DE GENÈVE

EINGANG BA
ENTRÉE MPC
/ 7. Mai 2012
Geschäfts-Nr. / N° de l'affaire :
enregistré

BRUNO KEPPELER
DOCTEUR EN DROIT, UNIVERSITÉ DE MADRID

PASCAL MAURER
ANCIEN BÂTONNIER
ANCIEN PRÉSIDENT DE LA FÉDÉRATION DES BARREAUX D'EUROPE
PRÉSIDENT DE L'UNION INTERNATIONALE DES AVOCATS

ALEC REYMOND
ANCIEN BÂTONNIER

MICHAEL KROO
ALSO ADMITTED TO CZECH BAR, PRAGUE

FABIO SPIRGI
M.C.J. NEW YORK UNIVERSITY
D.E.A. EN DROIT EUROPÉEN
ALSO ADMITTED TO NEW YORK BAR

YVAN JEANNERET
PROFESSEUR À LA FACULTÉ DE DROIT DE L'UNIVERSITÉ DE NEUCHÂTEL

PEDRO DA SILVA NEVES

ALEXANDRA LOPEZ

SANDA BUNACIU
D.E.S. EN DROIT EUROPÉEN, BRUXELLES

KATARZYNA KEDZIA RENQUIN

MITRA SOHRABI

KATIA VILLARD

ANNE RITZ

SEBASTIEN VOEGELI

—

AVOCATS-STAGIAIRES
MARIE KREIS
SOPHIA AMMAR
NADIA MERIBOUTE

Par fax N° 021 644 33 20 et courrier
MINISTERE PUBLIC DE LA CONFEDERATION
Madame
Graziella de FALCO HALDEMANN
Procureure
42, avenue des Bergières
1004 LAUSANNE

Genève, le 3 mai 2012
AR/ss/00150563

Concerne : Procédure N° SV09.0135-FAL
Susan DEVINE

Madame la Procureure fédérale,

Vos courriers des 1er et 2 mai ont retenu ma meilleure attention.

Dans le prolongement de la lettre que je vous ai envoyée le 26 avril dernier, je vous prie de bien vouloir me confirmer que ma cliente viendra déposer sous garantie de sauf-conduit.

Je vous prie de croire, Madame la Procureure fédérale, à l'assurance de ma respectueuse considération.

Alec REYMOND

15, RUE FERDINAND-HODLER – CASE POSTALE 360 – 1211 GENÈVE 17
TÉLÉPHONE (+41 22) 718 61 61 – TÉLÉFAX (+41 22) 718 61 71 – E-MAIL keplaw@keplaw.ch
www.keplaw.ch