# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ABSOLUTE ACTIVIST VALUE MASTER FUND LIMITED, ABSOLUTE EAST WEST FUND LIMITED, ABSOLUTE EAST WEST MASTER FUND LIMITED, ABSOLUTE EUROPEAN CATALYST FUND LIMITED, ABSOLUTE GERMANY FUND LIMITED, ABSOLUTE INDIA FUND LIMITED, ABSOLUTE OCTANE FUND LIMITED, ABSOLUTE OCTANE MASTER FUND LIMITED, AND ABSOLUTE RETURN EUROPE FUND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN ELAINE DEVINE, <br><br> Defendant, <br><br> and <br><br> LAIRD LILE, CONRAD HOMM, AND ORION CORPORATE & TRUST SERVICES, LTD., <br><br> Intervenor-Defendants. | Case No. 2:15-cv-328-FtM-29MRM |

## DECLARATION OF LINDA IMES IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF FOREIGN BANK RECORDS BY DEFENDANT

I, Linda Imes, declare and state as follows:

1. I am a partner at Spears & Imes LLP, co-counsel for Plaintiffs Absolute Activist Value Master Fund Limited, Absolute East West Fund Limited, Absolute East West Master Fund Limited, Absolute European Catalyst Fund Limited, Absolute Germany Fund Limited, Absolute India Fund Limited, Absolute Octane Fund Limited, Absolute Octane

Master Fund Limited, and Absolute Return Europe Fund Limited (the "Funds") in this action against Defendant Susan Elaine Devine ("Devine").

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from the Funds' counsel to Devine's counsel, dated December 2, 2016, identifying deficiencies in Devine's production of records relating to foreign bank accounts and other financial accounts in response to the Funds' Document Request No. 1. The enclosures to that letter, listing account numbers subject to redaction under Federal Rule of Civil Procedure 5.2(a), have been omitted.

3. Attached hereto as **Exhibit 2** is a true and correct copy of another letter from the Funds' counsel to Devine's counsel, dated January 6, 2017, following up on the failure of Devine's counsel to respond to the December 2, 2016 letter from the Funds' counsel.

4. Devine's counsel did not even acknowledge the existence of the December 2, 2016 letter from the Funds' counsel until January 10, 2017, in a letter regarding an unrelated discovery matter. Attached hereto as **Exhibit 3** is the January 10, 2017 letter from Devine's counsel, mentioning in a footnote that "we are in the process of preparing a response to your letter dated December 2, 2016, and expect to make a supplemental production of responsive documents *shortly*." (Ex. 3 at 1 n.1 (emphasis added).)

5. On January 31, 2017, nearly two months after the Funds' counsel sent their December 2, 2016 letter, Devine's counsel provided a substantive response. Attached hereto as **Exhibit 4** is the January 31, 2017 letter from Devine's counsel, promising that Devine would make a supplemental production "in the *near future*" of certain additional foreign

bank records that she had already "received" and representing that she "has requested" other records and would produce those as well.  (Ex. 4 at 1-2 (emphasis added).)

6. To date, Devine has not produced any additional foreign bank records.

*     *     *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 1, 2017 in New York, New York.

By: /s/ *Linda Imes*