# EXHIBIT 1

**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Christopher W. Dysard
tel 212-213-6833
cdysard@spearsimes.com

December 2, 2016

**BY EMAIL**

Matthew D. Lee, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103

Re: *Absolute Activist Value Master Fund Ltd., et al. v. Susan Elaine Devine*
Case No. 2:15-cv-328-FtM-JES-MRM

Dear Matt:

I write regarding Defendant's production of documents on October 12, 2016.

In your October 12 letter to David Spears concerning the new production, you made the following unqualified representation: "With this production, Ms. Devine has completed production of all responsive, non-privileged documents (both hard copy and ESI) in her possession, custody, and control."[1]  We have now reviewed Defendant's October 12 production, and your representation appears to be incorrect.  Although Defendant's production may well be deficient in other respects, in this letter I focus on the substantial gaps in Defendant's production of foreign bank records.

As reflected in the three enclosed tables – which we compiled after extensive searches of Defendant's production – it appears that Defendant has failed to produce *any* documents for 10 of the foreign accounts identified in Request No. 1 of Plaintiffs' First Request for Production of Documents; has failed to produce statements for certain time periods for 37 foreign accounts; and has produced statements with missing pages for 5 foreign accounts.  I invite you to correct any inaccuracies in this initial analysis.  Otherwise, please promptly produce all foreign bank records that are missing from Defendant's October 12 production.  If you now claim that any of

---

[1] It was Defendant's similar commitment to the Court that she would produce "all documents" by the deadline set by the Court that prompted the Court to deny Plaintiffs' motions to compel as moot, without prejudice. (Doc. #480 at 2.)

Matthew D. Lee, Esq.  Page 2
December 2, 2016

the missing records are not in Defendant's "possession, custody, and control" – in direct contravention to the position you have taken before the Court[2] – please identify those records and explain your new position.

This letter is written without prejudice to, or waiver of, any and all of Plaintiffs' rights and remedies, all of which are expressly reserved.

Very truly yours,

Christopher Dysard

(Enclosures)

cc: Ian M. Comisky, Esq. (by email)
    Carl F. Schoeppl, Esq. (by email)

---

[2] *See, e.g.*, Doc. #338 at 10 ("Ms. Devine has never disputed the fact that she has control – as defined under Rule 34 – over bank documents that she can obtain upon demand from financial institutions.").