# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ABSOLUTE ACTIVIST VALUE MASTER FUND LIMITED, ABSOLUTE EAST WEST FUND LIMITED, ABSOLUTE EAST WEST MASTER FUND LIMITED, ABSOLUTE EUROPEAN CATALYST FUND LIMITED, ABSOLUTE GERMANY FUND LIMITED, ABSOLUTE INDIA FUND LIMITED, ABSOLUTE OCTANE FUND LIMITED, ABSOLUTE OCTANE MASTER FUND LIMITED, AND ABSOLUTE RETURN EUROPE FUND LIMITED,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUSAN ELAINE DEVINE,<br><br>        Defendant,<br><br>and<br><br>LAIRD LILE, CONRAD HOMM, AND ORION CORPORATE & TRUST SERVICES, LTD.,<br><br>        Intervenor-Defendants. | Case No. 2:15-cv-328-FtM-29MRM |

## DECLARATION OF CHRISTOPHER DYSARD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

I, Christopher Dysard, declare and state as follows:

1. I am a partner at Spears & Imes LLP, co-counsel for Plaintiffs Absolute Activist Value Master Fund Limited, Absolute East West Fund Limited, Absolute East West Master Fund Limited, Absolute European Catalyst Fund Limited, Absolute Germany Fund Limited, Absolute India Fund Limited, Absolute Octane Fund Limited, Absolute Octane

Master Fund Limited, and Absolute Return Europe Fund Limited (the "Funds") in this action.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between counsel for Defendant Susan Devine ("Devine") and counsel for the Funds on February 28 and March 1, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from counsel for Devine to counsel for the Funds dated March 3, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email exchange between counsel for Devine and counsel for the Funds on March 3 and March 8, 2017.

\*   \*   \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2017 in New York, New York.

By: /s/ *Christopher Dysard*