# EXHIBIT 1

# Christopher W. Dysard

| | |
|---|---|
| **From:** | Lee, Matthew <mlee@foxrothschild.com> |
| **Sent:** | Wednesday, March 01, 2017 6:46 PM |
| **To:** | Linda Imes; David Spears; Christopher W. Dysard |
| **Cc:** | Carl Schoeppl (carl@schoeppllaw.com); Comisky, Ian |
| **Subject:** | RE: Absolute Funds v. Devine |

Thank you.

**Matthew D. Lee**
**Fox Rothschild LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2765 - direct
(215) 299-2150 - fax
mlee@foxrothschild.com
www.foxrothschild.com

---

**From:** Linda Imes [mailto:limes@spearsimes.com]
**Sent:** Wednesday, March 01, 2017 11:19 AM
**To:** Lee, Matthew <mlee@foxrothschild.com>; David Spears <dspears@spearsimes.com>; Christopher W. Dysard <cdysard@spearsimes.com>
**Cc:** Carl Schoeppl (carl@schoeppllaw.com) <carl@schoeppllaw.com>; Comisky, Ian <icomisky@foxrothschild.com>
**Subject:** RE: Absolute Funds v. Devine

Matt,

We do not object.

Linda

_____

Linda Imes
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Direct: (212) 213-6659
Fax:   (212) 213-0849
limes@spearsimes.com

1

**From:** Lee, Matthew [mailto:mlee@foxrothschild.com]
**Sent:** Tuesday, February 28, 2017 6:35 PM
**To:** Linda Imes; David Spears; Christopher W. Dysard
**Cc:** Carl Schoeppl (carl@schoeppllaw.com); Comisky, Ian
**Subject:** RE: Absolute Funds v. Devine

Linda,

In light of your notice to the Court regarding Plaintiffs' decision not to file a second amended complaint, we plan to file our answer to the remaining count of the amended complaint within 14 days.  Please let us know if you have any objection.

Thank you.
Matt

**Matthew D. Lee**
**Fox Rothschild LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2765 - direct
(215) 299-2150 - fax
mlee@foxrothschild.com
www.foxrothschild.com

**From:** Linda Imes [mailto:limes@spearsimes.com]
**Sent:** Tuesday, February 28, 2017 4:33 PM
**To:** Lee, Matthew <mlee@foxrothschild.com>; David Spears <dspears@spearsimes.com>; Christopher W. Dysard <cdysard@spearsimes.com>
**Cc:** Carl Schoeppl (carl@schoeppllaw.com) <carl@schoeppllaw.com>; Comisky, Ian <icomisky@foxrothschild.com>
**Subject:** RE: Absolute Funds v. Devine

Matt,

We oppose.

Linda

_____

Linda Imes
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Direct: (212) 213-6659
Fax:    (212) 213-0849
limes@spearsimes.com

**From:** Lee, Matthew [mailto:mlee@foxrothschild.com]
**Sent:** Tuesday, February 28, 2017 3:45 PM
**To:** David Spears; Linda Imes; Christopher W. Dysard
**Cc:** Carl Schoeppl (carl@schoeppllaw.com); Comisky, Ian
**Subject:** Absolute Funds v. Devine


Dear Counsel:
We intend to file a motion asking the Court to dissolve the temporary restraining order in light of the ruling on our motion to dismiss Plaintiffs' amended complaint.  Please advise as to whether you will consent/object to this motion.

Thank you.

**Matthew D. Lee**
**Fox Rothschild LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2765 - direct
(215) 299-2150 - fax
mlee@foxrothschild.com
www.foxrothschild.com

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

The information (including any attachments) contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (212) 213-6996.

The information contained in this electronic mail message is privileged and confidential and is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message intends to preserve the confidentiality of the enclosed information and does not waive any applicable privilege or protection from disclosure. Thank you.


This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent

responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

---

The information (including any attachments) contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (212) 213-6996.

The information contained in this electronic mail message is privileged and confidential and is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message intends to preserve the confidentiality of the enclosed information and does not waive any applicable privilege or protection from disclosure. Thank you.

---

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.