**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

ABSOLUTE ACTIVIST VALUE MASTER
FUND LIMITED, ABSOLUTE EAST
WEST FUND LIMITED, ABSOLUTE
EAST WEST MASTER FUND LIMITED,
ABSOLUTE EUROPEAN CATALYST
FUND LIMITED, ABSOLUTE GERMANY
FUND LIMITED, ABSOLUTE INDIA
FUND LIMITED, ABSOLUTE OCTANE
FUND LIMITED, ABSOLUTE OCTANE
MASTER FUND LIMITED, AND
ABSOLUTE RETURN EUROPE FUND
LIMITED,

CASE NO. 2:15-cv-328-FtM-29MRM

                Plaintiffs,

   v.

SUSAN ELAINE DEVINE,

                Defendant.

**DEFENDANT'S EMERGENCY UNOPPOSED MOTION**
**FOR AN ORDER PERMITTING HER TO RENT**
**CERTAIN OF HER FOREIGN PROPERTIES ON SHORT-TERM BASIS**

Pursuant to Local Rule 3.01(e), Defendant Susan Elaine Devine ("Ms. Devine"), by and through her undersigned counsel, hereby moves, on an emergency basis, for an order modifying the Court's Temporary Restraining Order dated July 1, 2016 (the "TRO") permitting her to rent four of her real properties located in Europe on a short-term basis, not to exceed twelve months. Plaintiffs do not oppose this motion.

On July 1, 2015, the Court entered its TRO freezing all of Ms. Devine's assets worldwide, and specifically enjoining her, "her officers, agents, servants, and employees and

any other persons in active concert or participation with them" from "directly or indirectly . . . encumbering . . . leasing . . . any money or other of [Ms.] Devine's assets. . . ." (Dkt. Entry 10 at 66). By this motion, Ms. Devine seeks permission to enter into short-term (not to exceed twelve months) rental agreements with respect to the following four properties:

    1.    61 Cami de Sarria, Establiments, Mallorca, Spain.

    2.    Villa Haayfa, Estepona, Malaga, Spain.

    3.    Moulin du Foulon, Dornecy, France.

    4.    Flat 29, Sussex Court, Spring Street, London, England.

Ms. Devine will report promptly to Plaintiffs the terms of the rental arrangements (property at issue; duration of lease; identity of tenant; and rental amount) as well as the actual rental income on a monthly basis. All rental income generated will be used solely for purposes of maintenance and upkeep of the particular property. Upon these conditions, Ms. Devine respectfully requests that the Court enter an order modifying the TRO to permit her to lease the four properties identified above for a period of not more than twelve months.[1]

## EMERGENCY NATURE OF MOTION

Ms. Devine files this motion as an "emergency motion" under Local Rule 3.01(e) because she needs to make arrangements with potential tenants quickly as the prime rental season is approaching. If Ms. Devine does not enter into short-term lease arrangements promptly, she may lose these opportunities to lease her properties.

---

[1] Ms. Devine previously filed an unopposed motion seeking approval to rent the Villa Haayfa property in Spain on a short-term basis (Dkt. Entry 332). The Court granted that motion on the conditions that the property be rented for a period not to exceed twelve months and that Ms. Devine report the rental income to Plaintiffs on a monthly basis (Dkt. Entry 333).

**CERTIFICATE OF GOOD FAITH**

The undersigned counsel certify, in accordance with Local Rule 3.01(g), that they have communicated with Plaintiffs' counsel concerning the issues raised in this motion and Plaintiffs have indicated that they do not oppose this motion upon the conditions described above.

**CONCLUSION**

For the foregoing reasons, Defendant Susan E. Devine respectfully requests that this motion be granted, and the Court enter an order modifying the TRO to permit her to enter into short-term lease arrangements for the four real properties identified herein.

Dated:  April 26, 2017                              Respectfully submitted,

                                                         SCHOEPPL LAW, P.A.

                                                         By:   */s/ Carl F. Schoeppl*
                                                              Carl F. Schoeppl (Fla. Bar. No. 818518)
                                                        4651 North Federal Highway
                                                        Boca Raton, Florida  33431-5133
                                                        Phone: (561) 394-8301
                                                        Fax: (561) 394-3121
                                                        carl@schoeppllaw.com

                                                        FOX ROTHSCHILD LLP

                                                        By:   */s/ Ian M. Comisky*
                                                              Ian M. Comisky (Fla. Bar No. 225304)
                                                              Matthew D. Lee (*pro hac vice*)
                                                        2000 Market Street, 20th Floor
                                                        Philadelphia PA  19103
                                                        Phone:  (215) 299-2765
                                                        Fax:  (215) 299-2150
                                                        icomisky@foxrothschild.com
                                                        mlee@foxrothschild.com

                                                        *Attorneys for Defendant Susan E. Devine*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2016, I caused a true and correct copy of the foregoing to be served upon the following through the Court's ECF system:

SPEARS & IMES LLP
David Spears
Linda Imes
Christopher W. Dysard
Benjamin Silverman
Sharanya Sai Mohan
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-6996
Fax: (212) 213-0849
dspears@spearsimes.com
limes@spearsimes.com
cdysard@spearsimes.com
bsilverman@spearsimes.com
smohan@spearsimes.com

KOZYAK TROPIN &
THROCKMORTON, LLP
Thomas A. Tucker Ronzetti
Kenneth Hartmann
Maia Aron
2525 Ponce de Leon Boulevard, 9th Floor
Miami, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
tr@kttlaw.com
krh@kttlaw.com
ma@kttlaw.com

*Counsel for Plaintiffs*

Charles P. Pillans, III
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Tel: 904-353-0211
Fax: 904- 353-9307
cpp@bedellfirm.com

*Counsel for Conrad Homm*

William J. Schifino, Jr.
BURR & FORMAN LLP
Suite 3200
201 North Franklin Street Tampa, Florida 33602
Tel: 813-221-1764
Fax: 813-221-7335
wschifino@burr.com

*Counsel for Isabella Devine*

/s/ Ian M. Comisky
Ian M. Comisky