UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ABSOLUTE ACTIVIST VALUE MASTER FUND LIMITED, ABSOLUTE EAST WEST FUND LIMITED, ABSOLUTE EAST WEST MASTER FUND LIMITED, ABSOLUTE EUROPEAN CATALYST FUND LIMITED, ABSOLUTE GERMANY FUND LIMITED, ABSOLUTE INDIA FUND LIMITED, ABSOLUTE OCTANE FUND LIMITED, ABSOLUTE OCTANE MASTER FUND LIMITED, and ABSOLUTE RETURN EUROPE FUND LIMITED,

    Plaintiffs,

v.                      Case No: 2:15-cv-328-FtM-29MRM

SUSAN ELAINE DEVINE,

    Defendant.

**ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal, Without Prejudice, Pursuant to Rule 41(a)(1)(A)(i) (Doc. #680) filed on February 14, 2018. No answer or motion for summary judgment has been filed, and plaintiffs seek to voluntarily dismiss the case. The pending appeal was dismissed effective February 20, 2018. (Doc. #681.)

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __21st__ day of February, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record